COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DONALD T. ROBERSON (J)          CASE NO: 00-4001-SNOW

AUSA: DAVID CORA _pres_          ATTY: Martin Bidwell

AGENT:                          VIOL:

PROCEEDING I/A ON COMPLAINT          RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no          COUNSEL APPOINTED FPD

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS       x's a wk/month by phone;     x's a wk/month in person

3) Travel extended to:

Deft advised of charges - sworn
for apptmt of counsel

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL:

          (PTD/BOND HRG:)    1-7       10    Snow

          PRELIM/ARRAIGN:    1-14      11    Snow

          REMOVAL HRG:

          STATUS CONF:

Date: 1-4-00    Time 11:00    FTL/LSS
                             TAPE #00- 001    Begin: 245    End:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-400**2**-SNOW

UNITED STATES OF AMERICA

        Plaintiff,

v.

JOSEPH SAMUELS
        Defendant.

_____/

**ORDER ON INITIAL APPEARANCE**
Language   English
Tape No.   00- *CC1*
AUSA   David Cora
Agent   FBI

The above-named defendant having been arrested on JANUARY 3, 2000, having appeared before the court for initial appearance on JANUARY 4, 2000 and proceedings having been held in accordance with F.R.C.P. 5 or **40(a)**, it is thereupon
      **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone:_____
2. _____*Phil Horowitz*_____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _____
on _____.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _Jan 14_ at _11_ before Judge _Snow_
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___
_____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _Jan 11_ at _11_ before Judge _Snow_
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____
   This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:_____times a week /month by phone, _____time a week/month in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.



_j Comply with the following additional special conditions of this bond:_____

_____

This bond was set: At Arrest _____X_____
                   On Warrant _____
                   After Hearing _____

If  bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the     conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and     revocation of release and to various civil and criminal sanctions for any violation of those  conditions.  These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond  has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 4TH day of  JANUARY, 2000.


                                                    _____
                                                    **CHIEF U. S. MAGISTRATE JUDGE**
                                                    **LURANA S. SNOW**

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation