UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2000-4001-SNOW

UNITED STATES OF AMERICA, :
      Plaintiff, :

v. :

DONALD ROBERSON, :
      Defendant. :
_____ :

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

      Respectfully submitted,

      KATHLEEN M. WILLIAMS
      FEDERAL PUBLIC DEFENDER

By: _____
      Patrick M. Hunt
       Assistant
      Federal Public Defender
      Florida Bar No. 571962
      Attorney for Defendant
      101 N.E. 3rd Avenue, Suite 202
      Fort Lauderdale, Florida 33301
      (954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 5 day of January, 2000, to the office of the United States Attorney, Fort Lauderdale, Florida.

_____
Patrick M. Hunt