COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** – FT. LAUDERDALE, FLORIDA

DEFT: DONALD T. ROBERSON (J)#55140    CASE NO:    00-4001-SNOW

AUSA: DAVID CORA    ATTY: ~~FPD~~ Richard Castillo

AGENT:    VIOL:

PROCEEDING PTD HEARING    RECOMMENDED BOND PTD

BOND HEARING HELD – yes/no    COUNSEL APPOINTED

FILED by ___ D.C.
JAN - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA, FT. LAUD.

        BOND SET @

        SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:


FPD allowed to w/draw - permanent
Counsel retained

FBI
S/A Craig McDermott - sworn for cross

        PTD Ordered    danger to
                                community

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:    + risk of flight

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:    1 - 14    11    LSS

                         REMOVAL HRG:

                         STATUS CONF:

Date: 1-7-00    Time 10:00    FTL/LSS
                             TAPE #00- 001    Begin: 3303    End:
                             and 002    end 1520