UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2000-4001-SNOW

UNITED STATES OF AMERICA,          :

      Plaintiff,           :

v.                                 :

DONALD ROBERSON,                   :

      Defendant.           :

_____ :



ORDER TERMINATING APPOINTMENT OF COUNSEL

It appearing to the Court that the Defendant, Donald Roberson, has retained ,Richard Castillo Esq., to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED this 7th day of January, 2000 at Fort Lauderdale, Florida.

*Lurana S. Snow*
UNITED STATES MAGISTRATE JUDGE

cc:   Pat Hunt, AFPD
      United States Attorney's Office