UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: **00-4001-SNOW**

    Plaintiff,

vs.

DONALD ROBERSON,

    Defendant.
_____/



## NOTICE OF APPEARANCE

COMES NOW, Richard P. Castillo, Esq, and files this, his notice of appearance as Attorney of Record on behalf of the Defendant, Donald Roberson, in the above styled cause..

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand this 7th day of January, 2000 to Assistant U.S. Attorney Roger Powell at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; the original of which has been filed with the Clerk of the Court.

    Richard Castillo #846813
    Attorney for Defendant
    440 South Andrews Avenue
    Fort Lauderdale, FL 33301
    Telephone: (954)522-3500