RWP:rwp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NO. 00-6015 CR-ZLOCH

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)     MAGISTRATE JUDGE
18 U.S.C. § 2                         SNOW

UNITED STATES OF AMERICA,

v.

DONALD T. ROBERSON,
FRANTZ LAVACHE
     and
JOSEPH SAMUELS,

    Defendants.
_____/



FILED by _____ D.C.
JAN 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

INDICTMENT

The Grand Jury charges that:

COUNT ONE

From on or about October 29, 1998, and continuing until on or about January 3, 2000, in Broward County, in the Southern District of Florida, the defendants,

DONALD T. ROBERSON,
FRANTZ LAVACHE
     and
JOSEPH SAMUELS,

did knowingly and intentionally combine, conspire, confederate and agree with each other and persons unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled

substance, that is, a mixture and substance containing a detectable amount of cocaine and cocaine containing cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO

On or about November 11, 1998, in Broward County, in the Southern District of Florida, the defendant,

DONALD T. ROBERSON,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT THREE

On or about November 11, 1998, in Broward County, in the Southern District of Florida, the defendant,

JOSEPH SAMUELS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT FOUR

On or about March 5, 1999, in Broward County, in the Southern District of Florida, the defendant,

DONALD T. ROBERSON,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT FIVE

On or about August 17, 1999, in Broward County, in the Southern District of Florida, the defendants,

DONALD T. ROBERSON
and
JOSEPH SAMUELS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine containing cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIX

On or about August 25, 1999, in Broward County, in the Southern District of Florida, the defendant,

DONALD T. ROBERSON,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine containing cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about December 28, 1999, in Broward County, in the Southern District of Florida, the defendant,

DONALD T. ROBERSON,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine containing cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT EIGHT

On or about January 3, 2000, in Broward County, in the Southern District of Florida, the defendants,

DONALD T. ROBERSON,
FRANTZ LAVACHE
and
JOSEPH SAMUELS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.
DONALD T. ROBERSON, ET AL

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Related Case Information**:
SUPERSEDING          Yes ___   No _X_
New Defendant(s)     Yes ___   No _X_
Number of New Defendants  ___
Total number of counts    ___

**Court Division:** (Select One)

___ Miami    ___ Key West
_x_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __No__
   List language and/or dialect _____

4. This case will take _10_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days      ___      Petty     ___
   II   6 to 10 days     _X_      Minor     ___
   III  11 to 20 days    ___      Misdem.   ___
   IV   21 to 60 days    ___      Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?   (Yes or No)  _YES_
If yes:

Magistrate Case No. _00-4001 & 4002-SNOW_
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _1/3/00_
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

7. This case originated in the U.S. Attorney's office prior to August 16, 1985
   (Yes or No) _NO_

_Roger W. Powell_
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached

REV.12/12/96 A:\CERTRIAL ROBERSON.DTR

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __JOSEPH SAMUELS__   No.: _____

Magistrate Case No.: 00-4001 & 4002-SNOW

**Count #:1**
Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base

Title 21, United States Code, Sections 841(a)(1) and 846

*Max. Penalty: Mandatory Minimum 10 Years' to Life Imprisonment; and a $4,000,000 fine

**Count #: 3**
Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: 20 Years' Imprisonment; and a $1,000,000 fine

**Count #: 5**
Possession with Intent to Distribute Cocaine Base

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: Mandatory Minimum 5 Years' to 40 Years' Imprisonment; and a $2,000,000 fine

**Count #: 8**
Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: Mandatory Minimum 10 Years' to Life Imprisonment; and a $4,000,000 fine

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

1 of 1

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: DONALD T. ROBERSON      No.: _____

Magistrate Case No.: 00-4001 & 4002-SNOW

**Count #:1**
Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base

Title 21, United States Code, Sections 841(a)(1) and 846

*Max. Penalty: Mandatory Minimum 10 Years' to Life Imprisonment; and a $4,000,000 fine

**Count #: 2**
Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: 20 years imprisonment; and a $1,000,000 fine

**Count #: 4**
Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: 20 years imprisonment; and a $1,000,000 fine

**Count #: 5**
Possession with Intent to Distribute Cocaine Base

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: Mandatory Minimum 5 Years' to 40 Years' Imprisonment; and a $2,000,000 fine

**Count #: 6**
Possession with Intent to Distribute Cocaine Base

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: Mandatory Minimum 5 Years' to 40 Years' Imprisonment; and a $2,000,000 fine

**Count #: 7**
Possession with Intent to Distribute Cocaine Base

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: Mandatory Minimum 10 Years' to Life Imprisonment; and a $4,000,000 fine

1 of 2
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __DONALD T. ROBERSON__   No.: _____

Magistrate Case No.: 00-4001 & 4002-SNOW

**Count #: 8**
Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: Mandatory Minimum 10 Years' to Life Imprisonment; and a $4,000,000 fine

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

2 of 2
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   FRANTZ LAVACHE                   No.: _____

Magistrate Case No.: 00-4001 & 4002-SNOW

**Count #:1**
Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base

Title 21, United States Code, Sections 841(a)(1) and 846

*Max. Penalty: Mandatory Minimum 10 Years' to Life Imprisonment; and a $4,000,000 fine

**Count #: 8**
Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: Mandatory Minimum 10 Years' to Life Imprisonment; and a $4,000,000 fine

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

1 of 1

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96