UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.: 00-4001-SNOW

    Plaintiff,

vs.

DONALD ROBERSON,

    Defendant.
_____/

## REQUEST FOR DISCOVERY AND INSPECTION

To:    The Honorable Loranna Snow
       United States District Court Judge
       United States District Court
       299 East Broward Boulevard
       Fort Lauderdale, Fl. 33301

    The Defendant, Donald Roberson, through undersigned Counsel and pursuant to Federal Rules of Criminal Procedure 16, hereby requests the United States to permit Counsel for Donald Roberson to inspect and copy or photograph the following items;

### I

### RELIEF SOUGHT

    A.    Pursuant to Federal Rules of Criminal Procedure 16 (a)(1)(A), any relevant written or recorded statements made by the Defendant, within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government; the substance of any oral statement which the government intends to offer in evidence at the trial made by the Defendant whether before or after arrest in response to interrogation by any person then known to the Defendant to be a government agent, and recorded testimony of the Defendant before a grand jury which relates t the offense charged.

    Concerning statements producible under Rule 16 (a)(1)(A), under the law of conspiracy and the Pinkerton doctrine, Donald Roberson is legally responsible for the statements of other persons

as well as his own personal statements.

It is the position of Donald Roberson that the scope of Rule 16 (a)(1)(A) encompasses statements made by the Defendant, by co-conspirators and by others, that bind the Defendant to a government agent and/or attorney in which the remarks of the Defendant, his/her agents, and his co-conspirators are attributable and included in a third party's statement. Further, it includes statements made pre-arrest, as well as post arrest. See United States vs. Thevis, 84, F.R.D.. 47, 54-57(N. D. Ga. 1979). It includes Miranda warnings given and Donald Roberson's responses. Unites States vs. McElroy, 697 F .2d Cir., 459, 464 (2d Cir. 1982). Also, the scope of this rule encompasses all recorded testimony both audio and video tapes of the Defendant, his/her agents, and co-conspirators before any grand jury which relates t the offenses charged.

B.   Pursuant to Federal Rules of Criminal Procedure 16 (a)(1)(B), a copy of the Defendant's criminal record, if any, as is within the possession, custody, or control of the government, the existence of which is known, or by the exercise of due diligence may become known t the attorney for the government.

C.   Pursuant to Federal Rules of Criminal Procedure 12 (d)(2), Donald Roberson requests written notice of the government's intention to use (in it's evidence in chief at trial) any evidence which Donald Roberson may be entitled to discover under Rule 16 in order to afford him an opportunity to move to suppress appropriate evidence under Subdivision (b)(3) of Federal Criminal Procedure Rule 12.

D.   Pursuant to Federal Rules of Criminal Procedure Rule 16 (a)(1)(C), copies of any tangible objects intended for use at trial.

E.   Pursuant to Federal Rules of Criminal Procedure 16 (a)(1)(D), the results of any scientific tests or other examinations.

F.   The names and addresses of any witness intended for use at trial, as well as any

record of prior felony convictions of any such witness (s).

  G.  The disclosure of any evidence favourable t the Defendant.

  H.  All other matters discoverable pursuant to Criminal Rule 16.

  I.  Once the discovery requested in Paragraphs A through H (above) has been received from the government, Donald Roberson is prepared to enter into the stipulation which may be required by the governing discovery and inspection and file such stipulation with the Clerk.

DATED this 14th day of January, 2000 at Fort Lauderdale, Broward County, Floirda.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand this 14th day of January, 2000 to Assistant U.S. Attorney Roger Powell at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; the original of which has been filed with the Clerk of the Court, United States District Court, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Richard Castillo #846813
Attorney for Defendant
440 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954)522-3500