## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DONALD T. ROBERSON (J)          CASE NO: 00-6015-CR-ZLOCH
AUSA: DAVID CORA / Powell             ATTY: RICHARD CASTILLO
AGENT:                                VIOL:
PROCEEDING ARRAIGNMENT                RECOMMENDED BOND
BOND HEARING HELD - yes/no            COUNSEL APPOINTED

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person

3) Travel extended to:

FILED by _____ D.C.
JAN 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

~~Reading of Indictment Waived~~
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:

                         REMOVAL HRG:

                         STATUS CONF:   JANUARY 28   11AM   SELTZER

Date: 1-14-00   Time 11:00   FTL/LSS TAPE #00- 004   Begin: 129   End: 202

24