UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA

vs

DONALD T. ROBERSON

ARRAIGNMENT INFORMATION SHEET

*FILED by JAN 14 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. OF FLA. FT. LAUD. D.C.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 14, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name: __RICHARD CASTILLO, ESQ.__

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $____CON'T IN PTD_____

Bond hearing held: yes_____  no____  Bond hearing set for_____

Dated this __14TH__ day of __JANUARY_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
   Deputy Clerk

Tape No. ___00- 004___

cc: Copy for Judge
    U. S. Attorney