COURT MINUTES

COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Donald Roberson (no deft needed) CASE NO: 00-6015-CR-Zloch

AUSA: Roger Powell / Ed Ryan    ATTNY: Richard Castillo *present*

AGENT: _____    VIOL: _____

PROCEEDING: Status Conference    BOND REC: _____

FILED BY _____ D.C.

JAN 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) ___ Halfway House _____
    ___ Electronic Monitoring _____

Castillo will withdraw mot for discovery.
+ will fax order to court

2-28-00 - trial date
10 days to try
16 tapes. out.

no motions pending
possible plea

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 1-28-00    TIME: 11:00am    TAPE # 00-010    PG # 3
2884-
36