UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO.: 00-4001-SNOW

    Plaintiff,
vs.

DONALD ROBERSON,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL OF MOTION

COMES NOW, the Defendant, by and through the undersigned attorney, and files his notice of withdrawal of motion in the above styled cause.

1. On January 14, 2000, the undersigned attorney appeared before the Honorable Lurana S. Snow for the purpose of Arraignment. At the hearing, this attorney submitted a request for discovery and inspection.

2. The motion filed is moot, because the relief sought is covered by the standing discovery order issued by the Honorable Lurana S. Snow.

WHEREFORE, the Defendant, by and through the undersigned attorney, respectfully submits his Notice to Withdraw Motion in the above styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery this 28th day of January, 2000 to Assistant U.S. Attorney Roger Powell at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; the original of which has been filed with the Clerk of the above styled Court.

Richard Castillo #846813
Attorney for Defendant
440 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954)522-3500