UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

DONALD ROBERSON,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on January 28, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order. The Government further represented that the transcripts of the audio tapes will be available within fifteen (15) days and the results of the laboratory examinations will be available within ten (10) days. The Government is ready to proceed and anticipates that this matter would require ten (10) days to try.

2.    Defense counsel informed the Court that he will be withdrawing his previously filed discovery motions. Further, he informed the Court that he is currently engaged in plea negotiations with the Government and may be asking to continue the trial of this cause to

1

facilitate those negotiations.

DATED at Fort Lauderdale, Florida this 28 day of January 2000.

                                                                          _____
                                                                          BARRY S. SELTZER
                                                                          United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

Roger Powell, Esquire
Assistant United States Attorney

Richard Castillo, Esquire
200 SE 6th Street, Suite 200
Fort Lauderdale, Florida 33301-3420
Attorney for Defendant