UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,           CASE NO.:   **00-6015-CR-ZLOCH**

VS.

DONALD ROBERSON,

        Defendant.
_____/

## ORDER ON WITHDRAWAL OF MOTION

Attorney for the Defendant having presented to this Court, a **MOTION FOR WITHDRAWAL OF MOTION REQUESTING DISCOVERY** and the Court having examined said Motion and otherwise being fully advised in the premises, it is therefore,

ORDERED AND ADJUDGED that said Motion To Withdraw Motion is hereby **GRANTED** and the defendant's motion Requesting Discovery is hereby STRICKEN.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 31ST day of January, 2000.

_____
HONORABLE BARRY SELTZER

Copies furnished to:
United States Attorney
Richard P. Castillo, Esq.