UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.: **00–6015-CR-ZLOCH**

    Plaintiff,
vs.

DONALD ROBERSON,

    Defendant.
_____/

### MOTION FOR CONTINUANCE

COMES NOW, the Defendant, Donald Roberson, by and through undersigned counsel, and moves this Honorable Court for an Order continuing the calendar call in the above styled matter and as grounds for this motion hereby submits the following:

1. The matter is set for Calendar Call on February 25, 2000 at 9:00 a.m.

2. That this is the first time this matter has been scheduled before the Court.

3. Assistant United States Attorney Roger Powell does not object to the continuance in this matter.

WHEREFORE the Defendant, Donald Roberson, respectfully requests that this Honorable Court grant an Order of Continuance for the Calendar Call scheduled for February 25, 2000 at 9:00 a.m in the above styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand this 3rd day of February, 2000 to Assistant U.S. Attorney Roger Powell at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; the original of which has been filed with the Clerk of the Court.

                              Richard Castillo #846813
                              Attorney for Defendant
                              440 South Andrews Avenue
                              Fort Lauderdale, FL 33301
                              Telephone: (954)522-3500