UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Cases No. 00- 6015-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DONALD T. ROBERSON, | ) |
| FRANTZ LAVACHE | ) |
| and | ) |
| JOSEPH SAMUELS, | ) |
| | ) |
| Defendants. | ) |
| _____ | / |

GOVERNMENT'S THIRD SUPPLEMENTAL
RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this Third Supplemental Response to the Standing Discovery Order.

1. Drug Ledgers; numbered 00226 thru 00846.

The attachments to this response are numbered documents 00226 - 00846. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: /s/ Roger W. Powell
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Greg McDermott,
    FBI
    Task Force Agent Clay Barrett
    North Broward Drug Enforcement Unit

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed by United States this <u>10th</u> day of February 2000 to:

Mr. Richard P. Castillo, Esq.
Attorney for Defendant Roberson
440 South Andrews Avenue
Fort Lauderdale, FLorida  33301

Ms. Ramona Tolley, Esq.
Attorney for Defendant Lavache
524 South Andrews Avenue, Suite 303N
Fort Lauderdale, Florida 33301

Mr. Philip R. Horowitz, Esq.
Attorney for Defendant Samuels
12651 South Dixie Highway, Suite 328
Miami, Florida 33156

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY