FILED by _____ D.C.

FEB 25 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6015-CR-Zloch    DATE 2-25-00

CLERK Carline Newby    REPORTER Carl Schanzleh

PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Donald Robertson; Frantz Lavache; Joseph Samuels

U. S. ATTORNEY Roger Powell    DEFT COUNSEL Richard Castillo; Ramona Tolley; Philip Horowitz

DEFENDANT: PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Defts Robertson & Lavache motns to continue granted - all time excludable until trial actually commences --

JUDGMENT

CASE CONTINUED TO    TIME    FOR

MISC 10 days


50