UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

FILED by _____ D.C.

FEB 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD T. ROBERSON,
FRANTZ LAVACHE, and
JOSEPH SAMUELS,

    Defendants.
_____/

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

    THIS MATTER is before the Court for Calendar Call on February 25, 2000; upon the Defendant, Donald Roberson's, Motion For Continuance, bearing Certificate of Service dated February 3, 2000; and upon the Defendant, Frantz Lavache's, Motion For Continuance, bearing Certificate of Service dated February 3, 2000, both Motions based upon the need of counsel for said Defendants for additional time within which to prepare to defend this matter.  The Court has carefully reviewed said Motions and being otherwise fully advised in the premises, it is

51

**ORDERED AND ADJUDGED** that the Defendants Roberson and Lavache's Motions For Continuance be and the same are hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of February 28, 2000 and is hereby reset for the two-week trial calendar commencing on Monday, March 27, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, March 24, 2000, at <u>9:00 a.m.</u> in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance <u>must be filed</u> fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, February 3, 2000, through and including March 27, 2000, the date set for trial, or the date the trial commences,

whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of February, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Roger Powell, Esq., AUSA

Richard P. Castillo, Esq.
For Defendant Roberson

Ramona Tolley, Esq.
For Defendant Lavache

Philip R. Horowitz, Esq.
For Defendant Samuels