UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6015-CR-ZLOCH



UNITED STATES OF AMERICA

v.

DONALD T. ROBERSON
FRANTZ LAVACHE
JOSEPH SAMUELS

**TYPE OF CASE**             CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

**PLACE**                                    **COURTROOM A**
299 E. BROWARD BLVD.                         **DATE & TIME:**
FT. LAUDERDALE, Fl, 33301                    March 27, 2000, at 9:00 AM

**CALENDAR CALL - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: March 7, 2000

cc:
Roger Powell, Esq., AUSA
Richard Castillo, Esq.
Ramona Tolley, Esq.
Philip Horowitz, Esq.