


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6015-CR-ZLOCH

UNITED STATES OF AMERICA

      v.

DONALD ROBERSON
FRANTZ LAVACHE

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                                    COURTROOM A
299 E. BROWARD BLVD.                     DATE & TIME:
FT. LAUDERDALE, Fl, 33301                April 3, 2000 at 10:15 AM

CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

                                         CLARENCE MADDOX
                                         CLERK OF COURT

                                         BY DEPUTY CLERK

DATE: March 29. 2000


cc:
Roger Powell, Esq., AUSA
Richard Castillo, Esq.
Ramona Tolley, Esq.

