UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6015-CR-Zloch   DATE 4-17-00

CLERK Carlre Newby   REPORTER Carl Schanzleh

PROBATION   INTERPRETER

UNITED STATES OF AMERICA V. Donald Roberson

U. S. ATTORNEY Roger Powell   DEFT COUNSEL Michael Castillo

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 6-30-00 TIME 9:30 FOR Sentencing

MISC Written Plea Agreement