**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT OF FLORIDA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD ROBERSON,

    Defendant.
_____/

CASE NO.: **00-6015-CR-ZLOCH**

FILED by _____ D.C.

JUN 15 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO SEAL

    The Defendant, Donald Roberson, through counsel, hereby moves this Honorable Court to seal the Defendant's <u>Agreed Upon Motion To Continue Sentencing Under Seal</u> and <u>Order Granting Motion to Seal</u>.

    1.    The Sealing of these pleadings is necessary to prevent disclosure of sensitive matters as they relate to the Defendant's sentencing.

    2.    Assistant U.S. Attorney Roger Powell does not object to the Motion to Seal.

    I HEREBY CERTIFY that a copy of the forgoing was furnished by hand delivery to Assistant United States Attorney Roger Powell at 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301 and Ms. Georgeann Stanley, U.S.P.O. 299 East Broward Blvd. Room 409; by U.S. Mail to Ramona Tolly, Esq. 524 S. Andrews Avenue, Suite 303 N, Fort Lauderdale, Fl. 33301 and Philip R. Horowitz Esq. 12651 S. Dixie Hwy., Suite 328, Miami, Fl. 33156 the original of which has been filed with the Clerk of the Court.

Richard Castillo #846813
Attorney for Defendant
440 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954)522-3500
Facsimile: (954) 522-7571
E-Mail Castillo@lawyer.com



```
[docket]              CIVIL/CRIMINAL        [vdkttext]
4. Queries              Docketing


Docket # : 0:00-cr-6015                     BSS
Short Title: USA        v. Roberson         PRIOR
Type: cr    Judge: Zloch      Magistrate:
```

Summary of Event that Created the Document

```
Filed    Entry Date  Last Update   History ID   Docketed by
6/15/00  6/23/00     **/**/**      4053582      lh
```

SEALED DOCUMENT as to Donald T. Roberson

Attached to D.E. # ___68___

+viewing docket text-----------------------+
Transaction: kseal doc -/ -/ - - -

Command mode (? for commands)