**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT OF FLORIDA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD ROBERSON,

    Defendant.
_____/

CASE NO.: **00-6015-CR-ZLOCH**

FILED by _____ D.C.

JUN 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## AGREED UPON MOTION TO CONTINUE SENTENCING UNDER SEAL

COMES NOW, the Defendant, Donald Roberson, by and through undersigned counsel, and moves this Honorable Court for an Order continuing the sentencing hearing under seal in the above styled matter and as grounds for this motion hereby submits the following:

1.    On April 17, 2000 the Defendant appeared before this Honorable Court and pled guilty to conspiracy to possess with intent to distribute cocaine and cocaine bags. 21 U.S.C. §846. Sentencing on the matter is set for June 30, 2000 at 9:00 a.m.

2.    The Defendant is currently cooperating with the Government in other investigations with regard to the purchase, sale and distribution of illegal narcotics. The Defendant and friends of the Defendant are working with Federal Bureau of Investigations Agent Greg McDermott, Drug Enforcement Administration Agent Eugene Lewis and Fort Lauderdale Police Department Officer Clay Barrett.

3.    The Defendant's work with these government agents will have an impact on the sentence he will receive from the Court now, and on future motions. Sentencing the Defendant at this time may adversely affect the pending investigations and thus prejudice the Defendant. The Defendant's cooperation with government agents may lead to future arrests, seizures of



narcotics and property. An additional thirty to sixty days is requested on the matter.

    4.    Assistant United States Attorney Roger Powell does not object to the continuance of the sentencing nor the sealing of this motion and Order.

WHEREFORE the Defendant, Donald Roberson, respectfully requests that this Honorable Court grant an Order of Continuance for the Sentencing Hearing Under Seal scheduled for June 30, 2000 at 9:00 a.m., in the above styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand this 15th day of June, 2000 to Assistant U.S. Attorney Roger Powell at 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301 and Ms. Georgeann Stanley, U.S.P.O. 299 East Broward Blvd. Room 409; by U.S. Mail to Ramona Tolly, Esq. 524 S. Andrews Avenue, Suite 303 N, Fort Lauderdale, Fl. 33301 and to Philip R. Horowitz Esq. 12651 S. Dixie Hwy., Suite 328, Miami, Fl. 33156 the original of which has been filed with the Clerk of the Court.

Richard Castillo #846813
Attorney for Defendant
440 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954)522-3500
Facsimile: (954) 522-7571
E-Mail Castillo@lawyer.com

```
[docket ]           CIVIL/CRIMINAL           [vdkttext]
4. Queries              Docketing


Docket #  : 0:00-cr-6015                     BSS
Short Title: USA         v. Roberson         PRIOR
Type: cr     Judge: Zloch       Magistrate:
-----------------------------------------------------
-----------------------------------------------------
          Summary of Event that Created the Document

Filed   Entry Date Last Update   History ID   Docketed by
6/15/00  6/23/00   **/**/**      4053589      lh
+--------------------------------------------------+
        SEALED DOCUMENT as to Donald T. Roberson



   +viewing docket text----------------------------+
Transaction: kseal doc -/ -/ - - -

Command mode ( ? for commands)
```

Attached to D.E. # __69__