UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

v.

DONALD ROBERSON

    Defendant

SEALED ORDER

_____

THIS MATTER is before the Court upon Agreed Upon Motion To Continue Sentencing Under Seal and Motion To Seal (filed June 15, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motions be and the same are hereby GRANTED. Sentencing of the defendant DONALD ROBERSON is hereby reset to August 25, 2000 at 1:30 PM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida. No further continuances will be granted.

IT IS FURTHER ORDERED that the Clerk of Court shall file under seal the aforementioned motions and this order until September 30, 2000, at which time they shall be unsealed and placed in the Court file without further order of the Court.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

cc:
Roger Powell, Esq., AUSA
Richard Castillo, Esq., Probation

```
[docket ]           CIVIL/CRIMINAL        [vdkttext]
4. Queries            Docketing


Docket #  : 0:00-cr-6015                  BSS
Short Title: USA        v. Roberson       PRIOR
Type: cr     Judge: Zloch      Magistrate:
------------------------------------------------

------------------------------------------------
        Summary of Event that Created the Document

Filed   Entry Date Last Update   History ID   Docketed by
6/23/00  6/23/00   **/**/**       4053594      lh
+------------------------------------------------+
        SEALED DOCUMENT as to Donald T. Roberson
```

Attached to D.E. # ___70___

```
  +viewing docket text-------------------------------+
Transaction: kseal doc -/ -/ - - -

Command mode (? for commands)
```

United States of America
Plaintiff,

Case No __00-6015-CR-ZLOCH__

vs.

Donald Roberson
Defendant.
_____/

DOCKET ENTRY # __68, 69, 70__
(to be completed by Clerk of Court)

## SEALED FILING COVER SHEET

Party Filing Matter Under Seal:
Name: __Donald Roberson__
Address: __Miami Federal Detention Center__
Telephone: __(305) 982-1118__
Facsimile: _____
E-mail: _____

Counsel for Party Filing Matter Under Seal:
Name: __Richard P Castillo, Esq__
Address: __440 S Andrews Ave, Ft Lad, FL 33301__
Telephone: __(954) 522-3500__
Facsimile: __(954) 522-7571__
E-mail: __Castillo@lawyer.com__

Date of Filing: __6/15/00__
Agreed upon motion to Continue Sentencing under Seal
Party has filed a separate ~~Motion to Seal~~ requesting that the matter remain sealed:
- ☐ Until Conclusion of Trial
- ☐ Until Conclusion of Direct Appeal
- ☐ Until Case Closing
- ☐ Permanently
- ☒ Other __Until Sentencing & Conclusion of Investigations__

If permanent sealing is required, specify the authorizing law, court order or court rule: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):
- ☐ unsealed and placed in the public portion of the court file
- ☐ ~~destroyed~~
- ☒ returned to the party or counsel for the party, as identified above

---

## COURT RULING
(to be completed by Clerk based on Court's order)

Ruling on Motion to Seal: ☒ Granted  ☐ Denied  ☐ Other
Date: __6-20-00__

Matter May Be Unsealed After:
- ☐ Conclusion of Trial         ☐ Conclusion of Direct Appeal
- ☐ Case Closing                ☐ Other __9-30-2000__

☐ Matter to remain sealed absent further Court Order