FILED by _____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

AUG 25 2000

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  CC-6015-CR Zloch   DATE 8-25-00

CLERK Carline Newby   REPORTER Carl Schenzlel

PROBATION Geargann Staley   INTERPRETER

UNITED STATES OF AMERICA  v. Donald Roberson

U. S. ATTORNEY Roger Powell   DEFT COUNSEL Richard Castillo

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Testimony taken on objections -
To be Reset for conclusion -

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC