UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6015-CR-ZLOCH

FILED by _____ D.C.

SEP 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

DONALD ROBERSON

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

**PLACE**
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

**COURTROOM A**
DATE & TIME:
September 13, 2000, at 10:15 AM

**SENTENCING**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: September 7, 2000

cc:
Roger Powell, Esq., AUSA
Richard Castillo, Esq.
Probation