UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED ___ D.C.
SEP 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6015-CR-Zloch   DATE 9-12-00
CLERK Caroline Needley   REPORTER Carl Schanzel
PROBATION Georgann Stanley   INTERPRETER

UNITED STATES OF AMERICA v. Donald Roberson

U. S. ATTORNEY Roger Powell   DEFT COUNSEL Richard Castillo

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Gov't ordered to have plea colloqy transcribed; Sentencing continued

JUDGMENT

CASE CONTINUED TO be set by Carl   TIME ~~To be set~~   FOR Sentencing

MISC

81