UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA, )
                              )     CASE NUMBER
            PLAINTIFF,        )     00-6015-CR-ZLOCH
                              )
      VS.                     )
                              )
**DONALD ROBERSON, AND**          )     THIS VOLUME:
**FRANTZ LAVACHE,**               )     PAGES 1 - 51
                              )
            DEFENDANT.        )
_____)

TRANSCRIPT OF PLEAS HAD BEFORE THE HONORABLE

WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY,

FLORIDA, ON MONDAY, APRIL 17, 2000, IN THE ABOVE-STYLED

MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    ROGER POWELL, A.U.S.A.

FOR DEFENDANT ROBERSON: RICHARD CASTILLO, ESQ.

FOR DEFENDANT LAVACHE:  RAMONA TOLLEY, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488



# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**