**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6015-CR-ZLOCH |
| ) | |
| VS. ) | |
| ) | |
| DONALD ROBERSON, ) | THIS VOLUME: |
| ) | PAGES 1 - 20 |
| DEFENDANT. ) | |
| _____) | |

EXCERPT OF SENTENCING HAD BEFORE THE HONORABLE

WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY,

FLORIDA, ON FRIDAY, AUGUST 25, 2000, IN THE ABOVE-STYLED

MATTER.


APPEARANCES:

FOR THE GOVERNMENT:    ROGER POWELL, A.U.S.A.

FOR THE DEFENDANT:     RICHARD CASTILLO, ESQ.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488



# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**