**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6015-CR-ZLOCH**

**UNITED STATES OF AMERICA**

        **V.**                              **NOTICE**

**DONALD T. ROBERSON**

---

**TYPE OF CASE**                  **CRIMINAL**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

---

| **PLACE** | **COURTROOM A** |
|---|---|
| **299 E. BROWARD BLVD.** | **DATE & TIME:** |
| **FT. LAUDERDALE, Fl, 33301** | **January 11, 2001, at 11:00 AM** |

---

**SENTENCING**

---

                                            CLARENCE MADDOX
                                            CLERK OF COURT

                                            BY DEPUTY CLERK

DATE: December 14, 2000

cc:
Roger Powell, Esq., AUSA
Richard Castillo, Esq.
Probation