FILED by _____ D.C.

JAN 1 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER  00-6015-Cr-Zloch   DATE 1-11-01
CLERK Catherine Newby   REPORTER Carl Schanzlel
PROBATION Georgann Stanley   INTERPRETER ___

UNITED STATES OF AMERICA  v. Donald Roberson

U. S. ATTORNEY Roger Powell   DEFT COUNSEL Richard Castillo

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND  (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Ct will grant Appendi Motion -
Ct finds gun not attributed to deft -
All other objections by deft denied -
Mtn for downward departure denied -
JUDGMENT  Ct 1 - 240 months custody of BOP -
3 yrs Sup Rel - Spec Cond - Submit
to search of person & property - Drug/Alcohol
treatment program - Provide full financial
CASE CONTINUED TO ___ TIME ___ FOR
disclosure - Maintain full-time legitimate
MISC employment - $100 assessment -
Ct recommends facility to treat
substance abuse problems -

89