UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: **00-6015-CR-ZLOCH**

Plaintiff,

vs.

DONALD ROBERSON,

Defendant.
_____/

## DEFENSE COUNSEL'S MOTION TO WITHDRAW APPEARANCE AND APPOINTMENT OF FEDERAL DEFENDER TO PERFECT APPEAL

The Defendant, Donald Roberson, by and through his undersigned counsel, files this Motion, Defense Counsel's Motion to Withdraw Appearance and Appointment of Federal Defender to Perfect Appeal, and requests this Honorable Court to allow Defense Counsel to withdraw his appearance and appoint a Federal Defender in order to perfect the Defendant's Appeal.

Defense Counsel was privately retained in the above captioned matter. On April 17, 2000 the Defendant pled guilty to Possession of Cocaine with Intent to Distribute Cocaine 21 U.S.C. 841 (a)(i).

Sentencing was executed on January 11, 2001 at which time Defendant was sentenced to two hundred and forty (240) months Incarceration followed by three (3) years Supervised Release and No Fine.

As was indicated in the Pre-Sentence report on pages 22 to 24, the Defendant completed a Personal Financial Statement which indicated the Defendant's serious financial problems and poor credit history.

The Defendant has expressed a desire to appeal his conviction but does not have the necessary financial means to retain private counsel.

WHEREFORE the Defendant, Donald Roberson, respectfully requests that this Court issue an Order allowing Defense Counsel to withdraw and the appointment of a Federal Defender to pursue his



appeal.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand this 19th day of January, 2000 to Assistant U.S. Attorney Roger Powell at 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301; the original of which has been filed with the Clerk of the Court, 299 East Broward Boulevard, Ft. Lauderdale, Fl. 33301 this 19th day of January, 2001.

_____
Richard Castillo #846813
Attorney for Defendant
440 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954)522-3500
Email: castillo@lawyer.com