PAID No Fee Paid
In Forma Pauperis _____
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO.: **00-6015-CR-ZLOCH**

DONALD ROBERSON,

    Defendant.

_____/

FILED BY _____ 2001 JAN 19 PM 4: 11 D.C.

## NOTICE OF APPEAL

Notice is hereby given that Donald Roberson, Defendant in the above named matter hereby appeals to the United States Court of Appeals for the Eleventh Circuit from a Final Judgement of conviction and sentence imposed thereon in the instant case on January 11, 2001 before the Honorable William J. Zloch.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand this 19th day of January, 2000 to Assistant U.S. Attorney Roger Powell at 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301; the original of which has been filed with the Clerk of the Court, 299 East Broward Boulevard, Ft. Lauderdale, Fl. 33301 this 19th day of January, 2001.

                                       Richard Castillo #846813
                                       Attorney for Defendant
                                       440 South Andrews Avenue
                                       Fort Lauderdale, FL 33301
                                       Telephone: (954)522-3500
                                       Email: castillo@lawyer.com