**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6015-CR-ZLOCH**



UNITED STATES OF AMERICA

    v.                        NOTICE

DONALD ROBERSON

---

**TYPE OF CASE**                CRIMINAL

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

---

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | February 27, 2001, at 11:30 AM |

---

**MOTION TO WITHDRAW APPEARANCE AND APPOINTMENT OF FEDERAL DEFENDER TO PERFECT APPEAL - DEFENDANT, RICHARD CASTILLO, ESQ. AND COUNSEL FOR THE GOVERNMENT SHALL BE PRESENT FOR THE HEARING**

---

CLARENCE MADDOX
CLERK OF COURT

*[signature]*
BY DEPUTY CLERK

DATE: January 30, 2001

cc:
Roger Powell, Esq., AUSA
Richard Castillo, Esq.