UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6015-CR-ZLOCH


FILED by _____ D.C.
FEB 27 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.                                          NOTICE

DONALD ROBERSON

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                                       COURTROOM A
299 E. BROWARD BLVD.                        DATE & TIME:
FT. LAUDERDALE, Fl, 33301                   March 30, 2001, at 10:30 AM

MOTION TO WITHDRAW - RESET BY COURT - THE UNITED STATES ATTORNEY'S
OFFICE SHALL IMMEDIATELY WRIT IN THE DEFENDANT FOR THE HEARING.

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: February 27, 2001

cc:
Roger Powell, Esq., AUSA
Richard Castillo, Esq.