UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA
v.

DONALD ROBERSON,
Inmate No: 55140-004
_____/



## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by its United States Attorney, shows to the Court:

1. The above referenced case is set for Motion to Withdraw Hearing at 10:30 a.m., on Friday, March 30, 2001, at Federal Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida.

2. Donald Roberson, is now confined in the Broward County Jail, Fort Lauderdale, Florida.

3. It is necessary to have said witness before this Court for the purpose of testifying at said Motion to Withdraw Hearing.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said Donald Roberson and have subject



upon completion of testimony to return the said witness to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said Donald Roberson into the custody of any United States Marshal for the aforesaid purpose.

                    GUY A. LEWIS
                    UNITED STATES ATTORNEY

By: _____
                    ROGER W. POWELL
                    ASSISTANT UNITED STATES ATTORNEY