UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA

v.

DONALD ROBERSON,
Inmate No: 55140-004
_____/



FILED by _____ D. ___

MAR 2 6 2001

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:  ANY UNITED STATES MARSHAL, and
     WARDEN, of the Broward County Jail, Ft. Lauderdale, Florida

1.   It appearing from the petition of the United States of America that Donald Roberson, is confined in the Broward County Jail, Fort Lauderdale, Florida, and that said case is set for Motion to Withdraw hearing at Federal Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida, on Friday, March 30, 2001, at 10:30 a.m. and that it is necessary for the said witness to be before this Court for the purpose of giving testimony in said hearing;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said Donald Roberson, now in custody as aforesaid, under safe and secure conduct, before this Court at Fort Lauderdale, Florida, by or before 10:30 a.m., on Friday, March 30, 2001, for the purpose of testifying in the above case, and upon completion of testimony that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Broward County Jail at Ft. Lauderdale, Florida, to deliver into the custody of any United States Marshal, upon production to

you of a certified copy of this writ, the body of the said Donald Roberson for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Ft. Lauderdale, Florida, this 28th day of March, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: A.U.S.A. Attorney (POWELL)
U.S. Marshal (4 certified copies)