FILED by _____ D.C.

MAR 30 2001

CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER  00-6015-CR-Zloch    DATE 3-30-01

CLERK Carlone Newby    REPORTER Carl Schanzle

PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Donald Roberson

U. S. ATTORNEY Roger Powell    DEFT COUNSEL Richard Castillo

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING  Mtn to Withdraw & appoint counsel for appeal -

RESULT OF HEARING  Court will take under consideration & issue a ruling

JUDGMENT

CASE CONTINUED TO    TIME    FOR

MISC