UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**O R D E R**

DONALD ROBERSON,

    Defendant.

_____/

THIS MATTER is before the Court upon Defense Counsel's Motion To Withdraw Appearance And Appointment Of Federal Defender To Perfect Appeal (DE 94) filed herein by Richard Castillo, on behalf of the Defendant, Donald Roberson. A hearing was held in this matter on March 30, 2001 at which the Court heard argument of counsel for the United States, Roger Powell, Esq., AUSA, counsel for the Defendant, Richard Castillo, Esq., and heard the testimony of the Defendant, Donald Roberson. The court having carefully reviewed said Motion, the argument and testimony received, and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. That the Defendant, Donald Roberson's Defense Counsel's Motion To Withdraw Appearance And Appointment Of Federal Defender To Perfect Appeal (DE 94) be and the same is hereby **GRANTED**, and Richard Castillo, Esquire is hereby relieved of all further responsibility in the representation of the Defendant, Donald

1



Roberson; and

2. The Federal Public Defender's office will be appointed to further represent the Defendant, Donald Roberson, by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of April, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Roger Powell, Esq., AUSA

Richard Castillo, Esq.
For Defendant