UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA,          :

        Plaintiff,                       :

        v.                               :

DONALD ROBERSON,                   :

        Defendant.                       :

_____ :

## NOTICE OF RE-ASSIGNMENT

    The above captioned case has been assigned to the Assistant Federal Public Defender

specified below.  Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Bernardo Lopez
 Assistant
Federal Public Defender
Florida Bar No. 884995
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this

day of April, 2001, to Roger Powell, 299 East Broward Boulevard, Fort Lauderdale, FL

33301.

Bernardo Lopez