UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2001 MAY 14  PM 11: 08

CLE . . . . . D.IST. CT.
S.D. OF FLA-FTL

THE UNITED STATES OF AMERICA, )
                                )        CASE NUMBER
            PLAINTIFF,          )        00-6015-CR-ZLOCH
                                )
    VS.                         )
                                )
DONALD ROBERSON,                )        THIS VOLUME:
                                )        PAGES 1 - 13
            DEFENDANT.          )
_____ )


          TRANSCRIPT OF MOTION TO WITHDRAW HAD BEFORE THE

HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD

COUNTY, FLORIDA, ON FRIDAY, MARCH 30, 2001, IN THE

ABOVE-STYLED MATTER.



APPEARANCES:

FOR THE GOVERNMENT:    ROGER POWELL, A.U.S.A.

FOR THE DEFENDANT:     RICHARD CASTILLO, ESQ.



CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# ADDITIONAL

# ATTACHMENTS

# NOT

# SCANNED

PLEASE REFER TO COURT FILE