UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2001 MAY 14 PM 11:08

CLERK, U.S. DIST. CT.
S.D. OF FLA-FTL

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6015-CR-ZLOCH |
| | ) | |
| VS. | ) | |
| | ) | |
| DONALD T. ROBERSON, | ) | THIS VOLUME: |
| | ) | PAGES 1 - 13 |
| DEFENDANT. | ) | |

TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON THURSDAY, JANUARY 11, 2001, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   ROGER POWELL, A.U.S.A.

FOR THE DEFENDANT:    RICHARD CASTILLO, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

120

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE

CASE #_____



# "Do Not Scan or Copy This Transcript."

DE #_____