UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS
Eleventh Judicial Circuit
56 Forsyth Street
Atlanta, Georgia    30303

Date: <u>May 18, 2001</u>
USDC # <u>00-CR-6015-WJZ</u>
USCA # <u>01-10440-D</u>

IN RE: **USA v. Roberson**

==================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for
the Southern District of Florida hereby certifies that, as shown on
the enclosed index, the record is complete for purposes of this
appeal.    The record (including the transcripts or parts thereof
designated for inclusion and all necessary exhibits) consists of:

<u>1</u> Volume of Pleadings
<u>3</u> Volumes of Transcripts

<u>X</u> Exhibits:

<u>1</u> PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                    Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
    Signature

_____

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism*
*for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*



U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6015-ALL

USA v. Roberson                                          Filed: 01/13/00

Other Dkt # 0:00-m -04002
Other Dkt # 0:00-m -04001

Case Assigned to: Judge William J. Zloch

DONALD T. ROBERSON (1) , DOB:      Patrick Michael Hunt
8/21/66 Prisoner # 55140-004         [term  01/11/01]
     defendant                     FTS 356-7556
  [term  01/11/01]                  [COR LD NTC pda]
                                   Public Defender
                                    [term  01/11/01]
                                   FTS 356-7556
                                    [COR LD NTC pda]
                                   Bernardo Lopez
                                   FTS 356-7556
                                    [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   1 E Broward Boulevard
                                   Suite 1100
                                   Fort Lauderdale, FL 33301
                                   954-356-7436

                                   Richard Paul Castillo
                                    [term  01/11/01]
                                   954-522-3500
                                    [COR LD NTC ret]
                                   440 S Andrews Avenue
                                   Fort Lauderdale, FL 33301

Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY              Imprisoned for a total term of
DISTRIBUTE CONTRL SUBST             240 months.  Supervised
(1)                                 Release for a term of 3 years.
                                    Assessment of $ 100
                                    (1)

Offense Level (opening): 4



Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
Minnye Lam
Deputy Clerk
Date  5-18-01

Docket as of May 18, 2001 8:29 am            Page 1

Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                              CLOSED APPEAL

Terminated Counts:                          Disposition

21:841A=CD.F CONTROLLED SUBST      Dismissed on the motion of the
SELL/DISTR/DISPENSE                United States.
(2)                                (2)

21:841A=CD.F CONTROLLED SUBST      Dismissed on the motion of the
SELL/DISTR/DISPENSE                United States.
(4)                                (4)

21:841A=CD.F CONTROLLED SUBST      Dismissed on the motion of the
SELL/DISTR/DISPENSE                United States.
(5)                                (5)

21:841A=CD.F CONTROLLED SUBST      Dismissed on the motion of the
SELL/DISTR/DISPENSE                United States.
(6)                                (6)

21:841A=CD.F CONTROLLED SUBST      Dismissed on the motion of the
SELL/DISTR/DISPENSE                United States.
(7)                                (7)

21:841A=CD.F CONTROLLED SUBST      Dismissed on the motion of the
SELL/DISTR/DISPENSE                United States.
(8)                                (8)

Offense Level (disposition): 4


Complaints                          Disposition

Conspire to possess with
intent to distribute cocaine
and    possess with intent to
distribute cocaine, 21:846,
841(a)(1)
[ 0:00-m -4001 ]


========================

Docket as of May 18, 2001 8:29 am              Page 2

Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                              CLOSED APPEAL

Case Assigned to:  Judge William J. Zloch

FRANTZ LAVACHE (2) , DOB:          Scott William Sakin
12/22/74 Prisoner # 55141-004       [term  01/28/00]
     defendant                     FTS 325-0331
  [term  07/10/00]                 305-545-0007
                                   [COR LD NTC cja]
                                   1411 NW North River Drive
                                   Miami, FL 33125

                                   Ramona Leigh Tolley
                                    [term  07/10/00]
                                   [COR LD NTC ret]
                                   Gilman & Associates
                                   524 S Andrews Avenue
                                   Suite 303N
                                   Fort Lauderdale, FL 33301
                                   954-763-3453


Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY             Imprisoned for a total term of
DISTRIBUTE CONTRL SUBST            87 months.  Supervised
(1)                                Release for a term of 3 years.
                                   Assessment of $ 100
                                   (1)


Offense Level (opening): 4


Terminated Counts:                      Disposition

21:841A=CD.F CONTROLLED SUBST      Dismissed on the motion of the
SELL/DISTR/DISPENSE                United States
(8)                                (8)


Offense Level (disposition): 4



Complaints                              Disposition

Conspire to possess with
intent to distribute cocaine
and     possess with intent to
distribute cocaine, 21:846,
841(a)(1)
[ 0:00-m -4001 ]


Docket as of May 18, 2001 8:29 am                  Page 3

Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                            CLOSED APPEAL


========================

Case Assigned to:  Judge William J. Zloch

JOSEPH SAMUELS (3) , DOB:            Philip Robert Horowitz
11/9/71 Prisoner # 55139-004          [term  08/25/00]
     defendant                       FTS 232-1963
  [term  08/25/00]                   [COR LD NTC cja]
                                     Philip R. Horowitz
                                     12651 South Dixie Highway
                                     Suite 328, Southpark Centre
                                     Miami, FL 33156
                                     305-232-1949


Pending Counts:                           Disposition

21:846=CD.F CONSPIRACY               Imprisoned for a total term of
DISTRIBUTE CONTRL SUBST              135 months.  Supervised
(1)                                  Release for a term of five
                                     years.  Assessment of $ 100 and
                                     fined $ 5,000
                                     (1)


Offense Level (opening): 4


Terminated Counts:                        Disposition

21:841A=CD.F CONTROLLED SUBST        Dismissed on the motion of the
SELL/DISTR/DISPENSE                  United States.
(3)                                  (3)

21:841A=CD.F CONTROLLED SUBST        Dismissed on the motion of the
SELL/DISTR/DISPENSE                  United States.
(5)                                  (5)

21:841A=CD.F CONTROLLED SUBST        Dismissed on the motion of the
SELL/DISTR/DISPENSE                  United States.
(8)                                  (8)


Offense Level (disposition): 4

Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                              CLOSED APPEAL

Complaints                            Disposition

Possess with intent to
distribute cocaine, 21 USC
841(a)(1)   [ 0:00-m -4002 ]

```
Proceedings include all events.                          BSS
0:00cr6015-ALL USA v. Roberson                    CLOSED APPEAL

DONALD T. ROBERSON, DOB: 8/21/66 Prisoner # 55140-004

            defendant

========================

FRANTZ LAVACHE, DOB: 12/22/74 Prisoner # 55141-004

            defendant

========================

JOSEPH SAMUELS, DOB: 11/9/71 Prisoner # 55139-004

            defendant

========================

USA

            plaintiff

U. S. Attorneys:

  Roger Powell
  FTS 356-7336
  954-356-7255X3592
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7392

  PTS Officer
  FTS 769-5669
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 769-5566
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
```

Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                            CLOSED APPEAL

   Room 409
   Fort Lauderdale, FL 33301-1865
   954-769-5500

1/3/00    --        ARREST of Joseph Samuels
                    [ 0:00-m -4002 ] (pb) [Entry date 01/05/00]

1/3/00    --        ARREST of Donald T. Roberson, Frantz Lavache
                    [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/4/00    1         REPORT Commencing Criminal Action as to Donald T. Roberson
                    DOB: 8/21/66  Prisoner # 55140-004
                    [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/4/00    1         REPORT Commencing Criminal Action as to Joseph Samuels
                    DOB: 11/9/71  Prisoner # 55139-004
                    [ 0:00-m -4002 ] (pb) [Entry date 01/05/00]

1/4/00    2         REPORT Commencing Criminal Action as to Frantz Lavache
                    DOB: 12/22/74  Prisoner # 55141-004
                    [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/4/00    2         COMPLAINT as to Joseph Samuels
                    [ 0:00-m -4002 ] (pb) [Entry date 01/05/00]

1/4/00    3         Minute of initial on complaint held on 1/4/00  before Ch.
                    Magistrate Judge Lurana S. Snow  as to Joseph Samuels ;
                    Tape #: 00-001
                    [ 0:00-m -4002 ] (pb) [Entry date 01/05/00]

1/4/00    3         COMPLAINT as to Donald T. Roberson, Frantz Lavache
                    [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/4/00    4         ORDER on Initial Appearance as to Joseph Samuels Pretrial
                    Detention Requested . Detention hearing set for 11:00
                    1/11/00 ; Preliminary examination set for 11:00 1/14/00 s ;
                    before Ch. Magistrate Judge Lurana S. Snow, ,  ( Signed
                    by Ch. Magistrate Judge Lurana S. Snow on 1/4/00) Tape #
                    00-001 CCAP
                    [ 0:00-m -4002 ] (pb) [Entry date 01/05/00]

1/4/00    4         Minute of initial on complaint held on 1/4/00  before Ch.
                    Magistrate Judge Lurana S. Snow  as to Donald T. Roberson ;
                    Tape #: 00-001
                    [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/4/00    5         Minute of initial on complaint held on 1/4/00  before Ch.
                    Magistrate Judge Lurana S. Snow  as to Frantz Lavache ;
                    Tape #: 00-001
                    [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

Proceedings include all events.                                      BSS
0:00cr6015-ALL USA v. Roberson                                CLOSED APPEAL

1/4/00     6      ORDER on Initial Appearance as to Donald T. Roberson
                  Pretrial Detention Requested , for Appointment of Public
                  Defender Detention hearing set for 10:00 1/7/00 ;
                  Preliminary examination set for 11:00 1/14/00 before Ch.
                  Magistrate Judge Lurana S. Snow, , ( Signed by Ch.
                  Magistrate Judge Lurana S. Snow on 1/4/00) Tape # 00-001
                  CCAP
                  [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/4/00     7      ORDER on Initial Appearance as to Frantz Lavache Pretrial
                  Detention Requested. Detention hearing set for 10:00 1/7/00
                  ; Preliminary examination set for 11:00 1/14/00 ; before
                  Ch. Magistrate Judge Lurana S. Snow, , ( Signed by Ch.
                  Magistrate Judge Lurana S. Snow on 1/4/00) Tape # 00-001
                  CCAP
                  [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/5/00     5      CJA 20 as to Joseph Samuels : Appointment of Attorney
                  Philip Robert Horowitz. Voucher # FLS 001363  ( Signed by
                  Ch. Magistrate Judge Lurana S. Snow  on 1/5/00)
                  [ 0:00-m -4002 ] (pb) [Entry date 01/05/00]

1/5/00     8      NOTICE of Assignment of Assistant Public Defender for
                  Donald T. Roberson . Terminated attorney Public Defender
                  for Donald T. Roberson AFPD Patrick Michael Hunt assigned.
                  [ 0:00-m -4001 ] (pb) [Entry date 01/06/00]

1/5/00     9      DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                  Donald T. Roberson
                  [ 0:00-m -4001 ] (pb) [Entry date 01/06/00]

1/7/00     6      MEMORANDUM in support of Pretrial Detention by USA as to
                  Joseph Samuels
                  [ 0:00-m -4002 ] (pb) [Entry date 01/11/00]

1/7/00     10     CJA 20 as to Frantz Lavache : Appointment of Attorney Scott
                  William Sakin ( Signed by Ch. Magistrate Judge Lurana S.
                  Snow  on 1/6/00)
                  [ 0:00-m -4001 ] (pb) [Entry date 01/10/00]

1/7/00     11     Minute of PTD hearing held on 1/7/00  before Ch. Magistrate
                  Judge Lurana S. Snow  as to Donald T. Roberson ; PTD
                  ordered Tape #: 00-001/002
                  [ 0:00-m -4001 ] (pb) [Entry date 01/10/00]

1/7/00     --     Detention hearing as to Donald T. Roberson, Frantz Lavache
                  held
                  [ 0:00-m -4001 ] (pb) [Entry date 01/10/00]

1/7/00     12     Minute of PTD hearing held on 1/7/00  before Ch. Magistrate
                  Judge Lurana S. Snow  as to Frantz Lavache ;  Detention
                  ordered Tape #: 00-001/002
                  [ 0:00-m -4001 ] (pb) [Entry date 01/10/00]

| | | |
|---|---|---|
| 1/7/00 | 13 | MEMORANDUM IN SUPPORT OF PTD as to Donald T. Roberson, Frantz Lavache ( Signed by Ch. Magistrate Judge Lurana S. Snow on 1/7/00) CCAP [EOD Date: 1/10/00] CCAP [ 0:00-m -4001 ] (pb) [Entry date 01/10/00] |
| 1/7/00 | 14 | ORDER as to Donald T. Roberson  Terminating Appointment of Counsel attorney Patrick Michael Hunt for Donald T. Roberson, attorney Public Defender for Donald T. Roberson ( Signed by Ch. Magistrate Judge Lurana S. Snow on 1/7/00) CCAP [EOD Date: 1/10/00] [ 0:00-m -4001 ] (pb) [Entry date 01/10/00] |
| 1/7/00 | 15 | NOTICE of Appearance for Frantz Lavache by Attorney Ramona Leigh Tolley [ 0:00-m -4001 ] (pb) [Entry date 01/10/00] |
| 1/7/00 | 16 | NOTICE of Appearance for Donald T. Roberson by Attorney Richard Paul Castillo [ 0:00-m -4001 ] (pb) [Entry date 01/10/00] |
| 1/11/00 | 7 | Minute of pretrial detention hearing held on 1/11/00 before Ch. Magistrate Judge Lurana S. Snow  as to Joseph Samuels ; Stipulated bond set in the amount of $250,000 corporate surety with a Nebbia. Government reserves the right to request PTD should defendant seek to post or reduce the bond. Tape #: 00-003 [ 0:00-m -4002 ] (pb) [Entry date 01/11/00] |
| 1/11/00 | -- | Stipulated bond hearing as to Joseph Samuels held [ 0:00-m -4002 ] (pb) [Entry date 01/11/00] |
| 1/13/00 | 17 | ORDER OF DETENTION as to Donald T. Roberson ( Signed by Ch. Magistrate Judge Lurana S. Snow on 1/13/00)  CCAP [ 0:00-m -4001 ] (pb) [Entry date 01/18/00] |
| 1/13/00 | 18 | ORDER OF DETENTION as to Frantz Lavache ( Signed by Ch. Magistrate Judge Lurana S. Snow on 1/13/00)  CCAP [ 0:00-m -4001 ] (pb) [Entry date 01/18/00] Reg. Vol. 1 |
| 1/13/00 | 19 | INDICTMENT as to Donald T. Roberson (1) count(s) 1, 2, 4, 5, 6, 7, 8, Frantz Lavache (2) count(s) 1, 8, Joseph Samuels (3) count(s) 1, 3, 5, 8 (Criminal Category 2) (Preliminary Examination cancelled.) (pb) [Entry date 01/18/00] |
| 1/13/00 | -- | Magistrate identification:  Magistrate Judge Barry S. Seltzer (pb) [Entry date 01/18/00] |
| 1/14/00 | 20 | REQUEST FOR DISCOVERY AND INSPECTION  by Donald T. Roberson (lh) [Entry date 01/18/00] |
| 1/14/00 | 21 | REQUEST FOR DISCOVERY AND INSPECTION  by Frantz Lavache (lh) [Entry date 01/18/00] |

| | | |
|---|---|---|
| 1/14/00 | 22 | ORDER SETTING STATUS CONFERENCE as to Donald T. Roberson, Frantz Lavache, Joseph Samuels   Status conference set for 11:00 1/28/00 for Donald T. Roberson, for Frantz Lavache, for Joseph Samuels   before Magistrate Barry S. Seltzer ( Signed by Ch. Magistrate Judge Lurana S. Snow on 1/14/2000) CCAP [EOD Date: 1/18/00]  CCAP (1h) [Entry date 01/18/00] |
| 1/14/00 | 23 | STANDING DISCOVERY ORDER as to Donald T. Roberson, Frantz Lavache, Joseph Samuels   all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Ch. Magistrate Judge Lurana S. Snow on 1/14/2000)  CCAP (1h) [Entry date 01/18/00] |
| 1/14/00 | 24 | Minute of Arraignment held on 1/14/00  before Ch. Magistrate Judge Lurana S. Snow  as to Donald T. Roberson ; Court Reporter Name or Tape #: 00-004 129-203 (1h) [Entry date 01/18/00] |
| 1/14/00 | 25 | Minute of Arraignment held on 1/14/00  before Ch. Magistrate Judge Lurana S. Snow  as to Frantz Lavache ; Court Reporter Name or Tape #: 00-004 129-203 (1h) [Entry date 01/18/00] |
| 1/14/00 | 26 | Minute of Arraignment held on 1/14/00  before Ch. Magistrate Judge Lurana S. Snow  as to Joseph Samuels ; Court Reporter Name or Tape #: 00-004 129-203 (1h) [Entry date 01/18/00] |
| 1/14/00 | 27 | ARRAIGNMENT INFORMATION SHEET for Donald T. Roberson (1) count(s) 1, 2, 4, 5, 6, 7, 8   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (1h) [Entry date 01/19/00] |
| 1/14/00 | 28 | ARRAIGNMENT INFORMATION SHEET for Frantz Lavache (2) count(s) 1, 8   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (1h) [Entry date 01/19/00] |
| 1/14/00 | 29 | ARRAIGNMENT INFORMATION SHEET for Joseph Samuels (3) count(s) 1, 3, 5, 8   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (1h) [Entry date 01/19/00] |
| 1/26/00 | 30 | NOTICE of Hearing as to Donald T. Roberson, Frantz Lavache, Joseph Samuels :  set calendar call for 9:00 2/25/00 for Donald T. Roberson, for Frantz Lavache, for Joseph Samuels before Judge William J. Zloch,  set Jury trial for 2/28/00 for Donald T. Roberson, for Frantz Lavache, for Joseph Samuels (1h) [Entry date 01/27/00] |
| 1/26/00 | 31 | ORDER RE: Trial Instructions as to Donald T. Roberson, Frantz Lavache, Joseph Samuels   ( Signed by Judge William J. Zloch on 1/26/2000) CCAP [EOD Date: 1/27/00]   CCAP (1h) [Entry date 01/27/00] |

1/28/00   (32)    RESPONSE to Standing Discovery Order by USA  as to Donald
                  T. Roberson, Frantz Lavache, Joseph Samuels (lh)
                  [Entry date 02/02/00]

1/28/00   33      ORDER as to Frantz Lavache for Scott W. Sakin to withdraw
                  as attorney (Terminated: attorney Scott William Sakin for
                  Frantz Lavache ( Signed by Ch. Magistrate Judge Lurana S.
                  Snow on 1/27/00) CCAP [EOD Date: 2/2/00] CCAP▓ (lh)
                  [Entry date 02/02/00]

1/28/00   34      Minute of status conference held on 1/28/00  before
                  Magistrate Barry S. Seltzer  as to Joseph Samuels ;   Court
                  Reporter Name or Tape #: 00-010 pg# 5 (lh)
                  [Entry date 02/02/00]

1/28/00   --      Status conference as to Joseph Samuels  held (lh)
                  [Entry date 02/02/00]

1/28/00   35      Minute of status conference & discovery motion hearing held
                  on 1/28/00 before Magistrate Barry S. Seltzer  as to Frantz
                  Lavache ; Court Reporter Name or Tape #: 00-010 pg# 4 (lh)
                  [Entry date 02/02/00]

1/28/00   --      Status conference as to Frantz Lavache  held (lh)
                  [Entry date 02/02/00]

1/28/00   (36)    Minute of status conference held on 1/28/00  before
                  Magistrate Barry S. Seltzer  as to Donald T. Roberson ;
                  Court Reporter Name or Tape #: 00-010 pg# 3 (lh)
                  [Entry date 02/02/00]

1/28/00   --      Status conference as to Donald T. Roberson  held (lh)
                  [Entry date 02/02/00]

1/28/00   37      NOTICE of Withdrawal of motion/request for discovery and
                  inspection by Frantz Lavache (lh) [Entry date 02/02/00]

1/28/00   (38)    NOTICE of withdrawal of motion/request for discovery and
                  inspection by Donald T. Roberson (lh) [Entry date 02/02/00]

1/28/00   39      STATUS REPORT ORDER as to Joseph Samuels  . ( Signed by
                  Magistrate Barry S. Seltzer on 1/28/00) CCAP [EOD Date:
                  2/2/00]  CCAP (lh) [Entry date 02/02/00]

1/28/00   40      STATUS REPORT ORDER as to Frantz Lavache  . ( Signed by
                  Magistrate Barry S. Seltzer on 1/28/00) CCAP [EOD Date:
                  2/2/00]  CCAP (lh) [Entry date 02/02/00]

1/28/00   (41)    STATUS REPORT ORDER as to Donald T. Roberson  . ( Signed by
                  Magistrate Barry S. Seltzer on 1/28/00) CCAP [EOD Date:
                  2/2/00]  CCAP (lh) [Entry date 02/02/00]

| 1/28/00 | 42 | ORDER as to Frantz Lavache  striking [21-1] discovery and inspection requested ( Signed by Magistrate Barry S. Seltzer on 1/28/00) CCAP [EOD Date: 2/2/00] CCAP�轜 (lh) [Entry date 02/02/00] |
| 2/1/00 | 43 | ORDER ON WITHDRAWAL OF MOTION REQUESTING DISCOVERY as to Donald T. Roberson (Signed by Magistrate Barry S. Seltzer on 1/31/00) CCAP [EOD Date: 2/3/00] CCAP✲ (mh) [Entry date 02/03/00] |
| 2/1/00 | 44 | ORDER as to Donald T. Roberson, Frantz Lavache, Joseph Samuels to insure an orderly discovery process ( Signed by Judge William J. Zloch on 2/1/00) CCAP [EOD Date: 2/3/00] CCAP✲ (lh) [Entry date 02/03/00] |
| 2/3/00 | 45 | MOTION by Donald T. Roberson to continue calendar call (lh) [Entry date 02/04/00] |
| 2/9/00 | 46 | SECOND SUPPLEMENT by USA as to Donald T. Roberson, Frantz Lavache, Joseph Samuels  to: [32-1] order response (lh) [Entry date 02/10/00] |
| 2/10/00 | 47 | MOTION by Frantz Lavache to continue trial (lh) [Entry date 02/11/00] |
| 2/11/00 | 48 | THIRD SUPPLEMENT by USA as to Donald T. Roberson, Frantz Lavache, Joseph Samuels  to: [32-1] order response (lh) [Entry date 02/15/00] |
| 2/22/00 | 49 | Speedy Trial Report by USA  as to Donald T. Roberson, Frantz Lavache, Joseph Samuels (lh) [Entry date 02/23/00] |
| 2/25/00 | 50 | Minute of calendar call held on 2/25/00  before Judge William J. Zloch as to Donald T. Roberson, Frantz Lavache, Joseph Samuels ;   Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 02/28/00] |
| 2/29/00 | 51 | ORDER as to Donald T. Roberson, Frantz Lavache, Joseph Samuels  granting [47-1] motion to continue trial as to Frantz Lavache (2), granting [45-1] motion to continue calendar call as to Donald T. Roberson (1) terminated deadlines,  reset Jury trial for 9:30 3/27/00 for Donald T. Roberson, for Frantz Lavache, for Joseph Samuels,  set calendar call for 9:00 3/24/00 for Donald T. Roberson, for Frantz Lavache, for Joseph Samuels, to Continue in Interest of Justice ( Signed by Judge William J. Zloch on 2/29/00) CCAP [EOD Date: 3/1/00] CCAP✲ (lh) [Entry date 03/01/00] |
| 3/7/00 | 52 | NOTICE of Hearing as to Donald T. Roberson, Frantz Lavache, Joseph Samuels :  reset calendar call for 9:00 3/27/00 for Donald T. Roberson, for Frantz Lavache, for Joseph Samuels (lh) [Entry date 03/08/00] |

| 3/23/00 | 53 | Speedy Trial Report by USA  as to Donald T. Roberson, Frantz Lavache, Joseph Samuels (lh) [Entry date 03/24/00] |
| 3/28/00 | 54 | Minute of calendar call held on 3/27/00  before Judge William J. Zloch as to Donald T. Roberson, Frantz Lavache, Joseph Samuels ;  Court Reporter Name or Tape #: Carl Schanzleh (lh)  [Entry date 03/30/00] |
| 3/29/00 | 55 | NOTICE of Hearing as to Donald T. Roberson, Frantz Lavache :  set Change of Plea Hearing for 10:15 4/3/00 for Donald T. Roberson, for Frantz Lavache (lh) [Entry date 03/30/00] |
| 4/3/00 | 56 | NOTICE of Hearing as to Donald T. Roberson, Frantz Lavache :  reset Change of Plea Hearing for 9:30 4/17/00 for Donald T. Roberson, for Frantz Lavache (lh) [Entry date 04/04/00] |
| 4/6/00 | 57 | NOTICE of Hearing as to Joseph Samuels :  setting Change of Plea Hearing for 2:00 4/24/00 for Joseph Samuels (lh) [Entry date 04/07/00] |
| 4/17/00 | 58 | Minute of change of plea held on 4/17/00  before Judge William J. Zloch as to Donald T. Roberson ; GUILTY: Donald T. Roberson (1) count(s) 1  Court Reporter Name or Tape #: Carl Schanzleh (dp) [Entry date 04/18/00] |
| 4/17/00 | 59 | Plea Agreement as to Donald T. Roberson (dp) [Entry date 04/18/00] |
| 4/17/00 | 60 | NOTICE of Hearing as to Donald T. Roberson :  set Sentencing for 9:30 6/30/00 for Donald T. Roberson    before Judge William J. Zloch (dp) [Entry date 04/18/00] |
| 4/17/00 | 61 | Minute of change of p;lea held on 4/17/00  before Judge William J. Zloch as to Frantz Lavache ; GUILTY: Frantz Lavache (2) count(s) 1  Court Reporter Name or Tape #: Carl Schanzleh (dp) [Entry date 04/18/00] |
| 4/17/00 | 62 | Plea Agreement as to Frantz Lavache (dp) [Entry date 04/18/00] |
| 4/17/00 | 63 | NOTICE of Hearing as to Frantz Lavache :  setting Sentencing for 10:00 6/30/00 for Frantz Lavache    before Judge William J. Zloch (dp) [Entry date 04/18/00] |
| 4/24/00 | 64 | Plea Agreement as to Joseph Samuels (lh) [Entry date 04/25/00] |
| 4/24/00 | 65 | Minute of change of plea hearing held on 4/24/00  before Judge William J. Zloch as to Joseph Samuels ; GUILTY: Joseph Samuels (3) count(s) 1  Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 04/25/00] |

Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                          ﹍﹍﹍ CLOSED APPEAL 

| | | |
|---|---|---|
| 4/24/00 | 66 | NOTICE of Hearing as to Joseph Samuels : setting Sentencing for 1:30 7/14/00 for Joseph Samuels (lh) [Entry date 04/25/00] |
| 6/9/00 | 67 | OBJECTION by Donald T. Roberson to Presentence Investigation Report with incorporated memorandum of law (lh) [Entry date 06/12/00] |
| 6/15/00 | 68 | MOTION by Donald T. Roberson to seal (lh) [Entry date 10/10/00] |
| 6/15/00 | 69 | AGREED UPON MOTION by Donald T. Roberson to continue sentencing under seal (lh) [Entry date 10/10/00] |
| 6/23/00 | 70 | SEALED ORDER as to Donald T. Roberson granting [69-1] motion to continue sentencing under seal as to Donald T. Roberson (1) ( Signed by Judge William J. Zloch on 6/23/00) CCAP [EOD Date: 10/10/00] CCAP※ (lh) [Entry date 10/10/00] |
| 6/30/00 | 71 | Minutes of sentencing held on 6/30/00 before Judge William J. Zloch as to Frantz Lavache ; Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 07/03/00] |
| 6/30/00 | -- | Sentencing held Frantz Lavache (2) count(s) 1 (lh) [Entry date 07/11/00] |
| 7/7/00 | 73 | MOTION by Joseph Samuels to continue sentencing (lh) [Entry date 02/20/01] |
| 7/10/00 | 72 | JUDGMENT as to Frantz Lavache (2) count(s) 1. Imprisoned for a total term of 87 months. Supervised Release for a term of 3 years. Assessment of $ 100 , Frantz Lavache (2) count(s) 8. Dismissed on the motion of the United States ( Signed by Judge William J. Zloch on 7/10/00) CCAP [EOD Date: 7/11/00] CCAP (lh) [Entry date 07/11/00] |
| 7/14/00 | 74 | ORDER as to Joseph Samuels granting [73-1] motion to continue sentencing as to Joseph Samuels (3) ( Signed by Judge William J. Zloch on 7/14/00) CCAP [EOD Date: 2/20/01] CCAP※ (lh) [Entry date 02/20/01] |
| 8/22/00 | 75 | OBJECTION by Joseph Samuels to Presentence Investigation Report (lh) [Entry date 08/23/00] |
| 8/22/00 | 76 | AMENDMENT by Donald T. Roberson to: [67-1] objection to pre-sentence investigation report with incorporated memorandum of law (lh) [Entry date 08/23/00] |
| 8/25/00 | 77 | Minutes of sentencing held on 8/25/00 before Judge William J. Zloch as to Donald T. Roberson ; Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 08/28/00] |

| | | |
|---|---|---|
| 8/25/00 | 78 | Minutes of sentencing held on 8/25/00  before Judge William J. Zloch as to Joseph Samuels ;  Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 08/28/00] |
| 8/25/00 | -- | Sentencing  held Joseph Samuels (3) count(s) 1 (lh) [Entry date 08/28/00] |
| 8/25/00 | 79 | JUDGMENT as to  Joseph Samuels (3) count(s) 1.  Imprisoned for a total term of 135 months.  Supervised Release for a term of five years.  Assessment of $ 100 and fined $ 5,000 , Joseph Samuels (3) count(s) 3, 5 , 8 .  Dismissed on the motion of the United States.  ( Signed by Judge William J. Zloch on 8/25/00) CCAP [EOD Date: 8/28/00]  CCAP (lh) [Entry date 08/28/00] |
| 9/7/00 | (80) | NOTICE of Hearing as to Donald T. Roberson :  setting Sentencing for 10:15 9/13/00 for Donald T. Roberson (lh) [Entry date 09/08/00] |
| 9/12/00 | (81) | Minutes of sentencing held on 9/12/00  before Judge William J. Zloch as to Donald T. Roberson ;  Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 09/13/00] |
| 9/18/00 | 82 | TRANSCRIPT filed as to Donald T. Roberson, Frantz Lavache of pleas held 4/17/00  before Judge Zloch  Pages: 51 (lh) [Entry date 09/19/00]   VOL. 2 |
| 9/18/00 | 83 | TRANSCRIPT filed as to Donald T. Roberson  of sentencing held 8/25/00  before Judge Zloch  Pages: 20 (lh) [Entry date 09/19/00]   VOL. 3 |
| 9/19/00 | (84) | NOTICE of Supplemental Authority in support of previously filed apprendi objections by Donald T. Roberson (lh) [Entry date 09/20/00] |
| 9/27/00 | 85 | Judgment Returned Executed as to Joseph Samuels on 9/19/00 at BOP -FCI Miami, Florida (lh) [Entry date 09/27/00] |
| 10/10/00 | (86) | NOTICE of Supplemental Authority in support of previously filed Apprendi Objections by Donald T. Roberson (lh) [Entry date 10/11/00] |
| 12/14/00 | (87) | NOTICE of Hearing as to Donald T. Roberson :  setting Sentencing for 11:00 1/11/01 for Donald T. Roberson (lh) [Entry date 12/15/00] |
| 1/3/01 | (88) | NOTICE OF SUPPLEMENTAL AUTHORITY in support of previously filed Apprendi Objections by Donald T. Roberson (ss) [Entry date 01/05/01] |
| 1/11/01 | (89) | Minutes of sentencing held on 1/11/01  before Judge William J. Zloch as to Donald T. Roberson ;  Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 01/12/01] |

Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                              vd. Icout. CLOSED APPEAL

---

1/11/01   --    Sentencing  held Donald T. Roberson (1) count(s) 1 (1h)
                [Entry date 01/12/01]

1/11/01   (90)  JUDGMENT as to  Donald T. Roberson (1) count(s) 1.
                Imprisoned for a total term of 240 months.  Supervised
                Release for a term of 3 years.  Assessment of $ 100 ,
                Donald T. Roberson (1) count(s) 2, 4 , 5 , 6 , 7 , 8 .
                Dismissed on the motion of the United States.  ( Signed by
                Judge William J. Zloch on 1/11/01) CCAP [EOD Date: 1/12/01]
                CCAP (1h) [Entry date 01/12/01]

1/17/01   91    MOTION by Frantz Lavache to proceed in forma pauperis on
                appeal, andfor appointment of counsel (gf)
                [Entry date 01/17/01]

1/17/01   92    AFFIDAVIT in support of by Frantz Lavache  Re: [91-1]
                motion to proceed in forma pauperis on appeal, [91-2]
                motion for appointment of counsel (gf) [Entry date 01/17/01]

1/17/01   93    NOTICE OF APPEAL by Frantz Lavache re: [72-1] judgment
                order .  EOD Date: 7/11/00; Frantz Lavache (2) count(s) 1;
                Filing Fee: $ NO FEE PAID - PENDING IFP MOTION; Copies to
                USCA, AUSA, USM, USPO and Counsel of Record. (gf)
                [Entry date 01/17/01]

1/17/01   --    Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Frantz Lavache [93-1] appeal (gf)
                [Entry date 01/17/01]

1/19/01   (94)  MOTION by Donald T. Roberson for Richard Castillo to
                withdraw as attorney, and for Appointment of Public
                Defender to perfect appeal (1h) [Entry date 01/22/01]

1/19/01   95    MOTION by Frantz Lavache to proceed without prepayment of
                fees and affidavit (1h) [Entry date 01/22/01]

1/19/01   (96)  NOTICE OF APPEAL by Donald T. Roberson re: [90-1] judgment
                order .  EOD Date: 01/12/01; Donald T. Roberson (1)
                count(s) 1;  Filing Fee: $ NO FEE PAID; Copies to USCA,
                AUSA, USM, USPO and Counsel of Record. (gf)
                [Entry date 01/22/01]

1/22/01   --    Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Donald T. Roberson [96-1]
                appeal (gf) [Entry date 01/22/01]

1/29/01   --    NOTICE of Receipt of Transmittal Letter from USCA as to
                Frantz Lavache  Re: [93-1] appeal  USCA Number: 01-10349-D
                (dl) [Entry date 01/30/01]

| 1/30/01 | 97 | NOTICE of Hearing as to Donald T. Roberson : Motion hearing set for 11:30 2/27/01 for Donald T. Roberson for [94-1] motion for Richard Castillo to withdraw as attorney, set for 11:30 2/27/01 for Donald T. Roberson for [94-2] motion for Appointment of Public Defender to perfect appeal (lh) [Entry date 01/31/01] |
|---|---|---|
| 2/2/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Donald T. Roberson Re: [96-1] appeal USCA Number: 01-10440-D (dl) [Entry date 02/06/01] |
| 2/5/01 | 98 | TRANSCRIPT INFORMATION FORM as to Frantz Lavache re: [93-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 02/06/01] |
| 2/12/01 | -- | JURISDICTIONAL QUESTION.  USCA Case Number as to Frantz Lavache Re: [93-1] appeal USCA NUMBER: 01-10349-D (gf) [Entry date 02/12/01] |
| 2/12/01 | 99 | MOTION by Frantz Lavache to Reduce Sentence (lh) [Entry date 02/13/01] |
| 2/26/01 | 100 | APPEAL INFORMATION SHEET as to Frantz Lavache re: [93-1] appeal ; Transcript ordered. No financial arrangements made with Court Reporter. (gf) [Entry date 02/26/01] |
| 2/27/01 | 101 | ORDER as to Frantz Lavache  denying [91-1] motion to proceed in forma pauperis on appeal as to Frantz Lavache (2) , denying [91-2] motion for appointment of counsel as to Frantz Lavache (2), denying [99-1] motion to Reduce Sentence as to Frantz Lavache (2) ( Signed by Judge William J. Zloch on 2/27/01) CCAP [EOD Date: 2/28/01] CCAP (lh) [Entry date 02/28/01] |
| 2/27/01 | 102 | NOTICE of Hearing as to Donald T. Roberson : Motion hearing reset for 10:30 3/30/01 for Donald T. Roberson for [94-1] motion for Richard Castillo to withdraw as attorney (lh) [Entry date 02/28/01] |
| 3/7/01 | 103 | NOTICE OF APPEAL by Frantz Lavache re: [101-1] order .  EOD Date: 2/28/01; Frantz Lavache (2) count(s) 1;  Filing Fee: $ NO FEE PAID; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 03/08/01] |
| 3/8/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Frantz Lavache [103-1] appeal (gf) [Entry date 03/08/01] |
| 3/9/01 | 104 | MOTION by Frantz Lavache for reconsideration of [101-1] order (lh) [Entry date 03/12/01] |

Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                        CLOSED APPEAL

3/14/01  105    ORDER as to Frantz Lavache  denying [104-1] motion for
                reconsideration of [101-1] order as to Frantz Lavache (2) (
                Signed by Judge William J. Zloch on 3/14/01) CCAP [EOD
                Date: 3/15/01] CCAP⚡ (lh) [Entry date 03/15/01]

3/19/01  --     NOTICE of Receipt of Transmittal Letter from USCA as to
                Frantz Lavache  Re: [103-1] appeal  USCA Number: 01-11281-D
                (dl) [Entry date 03/20/01]

3/19/01  106    MOTION by Frantz Lavache to proceed in forma pauperis on
                appeal (gf) [Entry date 03/21/01]

3/19/01  107    TRANSCRIPT INFORMATION FORM as to Frantz Lavache  re:
                [103-1] appeal received. (Forwarded to Court Reporter
                Coordinator) (gf) [Entry date 03/21/01]

3/27/01  (108)  PETITION by USA  for Writ of Habeas Corpus ad testificandum
                as to Donald T. Roberson (lh) [Entry date 03/28/01]

3/28/01  (109)  WRIT of Habeas Corpus ad Testificandum issued for Donald
                Roberson for 3/30/01 at 10:30 in caseas to Donald T.
                Roberson [108-1] petition as to Donald T. Roberson (1)    (
                Signed by Magistrate Judge Lurana S. Snow on 3/28/01) CCAP
                [EOD Date: 3/29/01] (lh) [Entry date 03/29/01]

3/29/01  114    APPEAL INFORMATION SHEET as to Frantz Lavache re: [103-1]
                appeal ; Transcript ordered. No financial arrangements made
                with Court Reporter. (gf) [Entry date 04/04/01]

3/30/01  110    ORDER as to Frantz Lavache denying [106-1] motion to
                proceed in forma pauperis on appeal as to Frantz Lavache
                (2) ( Signed by Judge William J. Zloch on 3/30/01) CCAP
                [EOD Date: 4/2/01] CCAP⚡ (lh) [Entry date 04/02/01]

3/30/01  (111)  Minutes of motion hearing held on 3/30/01  before Judge
                William J. Zloch as to Donald T. Roberson ;  Court Reporter
                Name or Tape #: Carl Schanzleh (lh) [Entry date 04/02/01]

4/2/01   (112)  ORDER as to Donald T. Roberson  granting [94-1] motion for
                Richard Castillo to withdraw as attorney (Terminated:
                attorney Richard Paul Castillo for Donald T. Roberson as to
                Donald T. Roberson (1), granting [94-2] motion for
                Appointment of Public Defender to perfect appeal as to
                Donald T. Roberson (1) for Appointment of Public Defender
                ( Signed by Judge William J. Zloch on 4/2/01) CCAP [EOD
                Date: 4/3/01] CCAP⚡ (lh) [Entry date 04/03/01]

4/2/01   --     USCA appeal fees received as to Frantz Lavache  Re: [103-1]
                appeal   Filing Fee $ 105.00 Receipt $ 521976 (gf)
                [Entry date 04/04/01]

4/2/01   116    ORDER of dismissal from USCA (certified copy) by Frantz
                Lavache dismissing [93-1] appeal for lack of jurisdiction.
                USCA #: 01-10349-D USCA Order Date: 3/29/01 (gf)

Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                              CLOSED APPEAL

              [Entry date 04/16/01]                     Vol.1 Cont.

| 4/3/01 | (113) | ORDER Appointing Federal Public Defender for Donald T. Roberson  ( Signed by Magistrate Barry S. Seltzer on 4/3/01) CCAP [EOD Date: 4/4/01]  CCAP (lh) [Entry date 04/04/01] |
|--------|-------|---|
| 4/12/01 | (115) | NOTICE of Assignment of Assistant Public Defender for Donald T. Roberson . Terminated  AFPD Bernardo Lopez assigned. (lh) [Entry date 04/13/01] |
| 4/20/01 | (117) | TRANSCRIPT INFORMATION FORM as to Donald T. Roberson   re: [96-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 04/24/01] |
| 4/24/01 | (118) | Appeal Information Sheet as to Donald T. Roberson   re: [96-1] appeal Transcript due 5/23/01 for Donald T. Roberson (gf) [Entry date 04/26/01] |
| 5/14/01 | 119 | TRANSCRIPT filed as to Donald T. Roberson  of motion to withdraw hearing held 3/30/01  before Judge Willaim J. Zloch  Pages: 1 - 13  re: [96-1] appeal . Appeal record due on 5/29/01 for Donald T. Roberson (lh) [Entry date 05/15/01] Vol. 5 |
| 5/14/01 | 120 | TRANSCRIPT filed as to Donald T. Roberson  of sentencing held 1/11/01  before Judge William J. Zloch  Pages: 1 - 13 re: [96-1] appeal . Appeal record due on 5/29/01 for Donald T. Roberson (lh) [Entry date 05/15/01] Vol. 4 |
| 5/18/01 | 121 | Certificate of readiness transmitted to USCA as to Donald T. Roberson  re: [96-1] appeal  by Donald T. Roberson  USCA # 01-10440-D (dl) [Entry date 05/18/01] End. Vol.1 |

Docket as of May 18, 2001 8:29 am            Page 20