

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

December 13, 2001

RE: 01-10440-DD    USA v. Donald T. Roberson
DC DKT NO.: 00-06015 CR-WJZ

TO:  Clarence Maddox

CC:  Kathleen M. Williams

CC:  Bernardo Lopez

CC:  Lisette M. Reid

CC:  Anne R. Schultz

CC:  Suzan H. Ponzoli

CC:  Roger Powell

CC:  Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

December 13, 2001

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301



RE: 01-10440-DD    USA v. Donald T. Roberson
DC DKT NO.: 00-06015 CR-WJZ

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original Exhibits, consisting of: one psi
    Original record on appeal or review, consisting of: five volumes

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

Encl.

MDT-1 (1-2001)

# United States Court of Appeals
For the Eleventh Circuit

No. 01-10440

District Court Docket No.
00-06015-CR-WJZ

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Nov 14, 2001
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD T. ROBERSON,

Defendant-Appellant.



Appeal from the United States District Court
for the Southern District of Florida

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: November 14, 2001
For the Court: Thomas K. Kahn, Clerk
By: McCombs, Elaine



ISSUED AS MANDATE
DEC 13 2001
U.S. COURT OF APPEALS
ATLANTA, GA

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 01-10440
Non-Argument Calendar

---

D.C. Docket No. 00-06015-CR-WJZ

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 1 4 2001
THOMAS K. KAHN
CLERK

FILED by _____ D.C.
DEC 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD T. ROBERSON,

Defendant-Appellant.

---

Appeal from the United States District Court for the
Southern District of Florida

---

(November 14, 2001)

Before TJOFLAT, HULL and WILSON, Circuit Judges.

PER CURIAM:

In this case, appellant received a twenty-year prison sentence pursuant to 21 U.S.C. § 841(b)(1)(C) following a plea of guilty to conspiracy to possess with intent to distribute cocaine and crack cocaine in violation of 21 U.S.C. § §

841(a)(1) and 846. He now appeals his sentence, contending (1) that the court erred in enhancing his base offense level under U.S.S.G. § 3B1.1(a) because he was an organizer or leader in the offense, and (2) that the court committed plain error in calculating his adjusted offense level under the career offender provisions of U.S.S.G. § 4B1.1.

We find no clear error in the court's section 3B1.1(a) enhancement, since the evidence that appellant was an organizer or leader within the section's definition was overwhelming. As for appellant's second point, the court did not utilize U.S.S.G. § 4B1.1 in fashioning appellant's sentence. Rather, the court calculated appellant's Guidelines sentence range according to other provisions of the Guidelines. This calculation yielded a sentence range of 292-365 months. Because the court was of the view that <u>Apprendi v. New Jersey</u>, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), required the court to impose a sentence no greater than the 240 months maximum sentence provided by 21 U.S.C. § 841(b)(1)(C), it disregarded the Guidelines sentence range and limited appellant's sentence to 240 months. In sum, appellant was not the victim of plain error.

AFFIRMED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

2