IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

FILED by _____ D.C.

JAN 21 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | |
|---|---|---|
| DONALD ROBERSON | X | CASE NO: 00-6015-CR-ZLOCH |
| DEFENDENT | X | |
| V. | X | |
| UNITED STATES OF AMERICA | X | |

MOTION FOR RETURN OF SEIZED PROPERTY

THE DEFENDANT DONALD ROBERSON PRO-SE FILES THIS MOTION FOR RETURN OF SEIZED PROPERTY AS NOTED IN FEDERAL RULE OF CRIMINAL PROCEDURE 41(E).

MONEY SEIZED

| DATE | AMOUNT | LOCATION |
|---|---|---|
| JANUARY 3, 2000 | $17,000.00 | 1604 NORTHWEST 11TH COURT FT. LAUDERDALE FL 33313 |
| JANUARY 3, 2000 | $10,000.00 | 5802 NORTHWEST 12TH ST. SUNRISE, FL. 33313 |

TOTAL $27,000.00

THE DEFENDANT SEEK THE RETURN OF SEIZED PROPERTY TO WHICH HE CLAIMS OWNER SHIPPED U.S. CURRENCY IN THE AMOUNT OF $27,000.00       RESPECTFULLY /s/ Donald Roberson

/25

## CERTIFICATE OF SERVICE

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

AND A TRUE COPY HAS BEEN MAILED TO THE GOVERMENT AT:

SOUTHER DISTRICT OF FLORIDA

ASSISTANT U.S. ATTORNEY OFFICE

500 EAST BROWARD BLVD.

SEVENTH FLOOR

FORT LAUDERDALE, FLORIDA. 33301

EXECUTED  14th  DAY OF JANUARY 2003,

RESPECTFULLY SUBMITTED

*Donald Roberson*

DONALD ROBERSON
REG.NO:55140-004
FEDERAL CORRECTION INST.
P.O.BOX 7007
MARIANNA, FLORIDA 32446-7007