FILED by _____ D.C.

JAN 2 3 2003

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 01-6144-CR-ZLOCH
00-6015

UNITED STATES OF AMERICA

    Plaintiff

vs.

DONALD ROBERSON
    Defendant

**ORDER OF REFERRAL TO
UNITED STATES MAGISTRATE
JUDGE LURANA S. SNOW**
Re: Motion For Return Of Seized Property

---

THIS MATTER is before the Court upon Motion For Return Of Seized Property (DE 125). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

**ORDERED** that pursuant to the provisions of 28 U.S.C. Section 636 and pursuant to Rule 1 of the Magistrate Rules for the United States District Court, Southern District of Florida, the motion be and the same is hereby referred to the Honorable United States Magistrate Lurana S. Snow for disposition.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of JANUARY, 2003.

                                            _____
                                            WILLIAM J. ZLOCH
                                            Chief United States District Judge

cc:  Honorable Lurana S. Snow
     Roger Powell, Esq., AUSA
     Donald Roberson, Pro Se
      Reg. No. 55140-004
      Federal Correction Institution
      P. O. Box 7007
      Marianna, FL 32446-7007

