UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA,          :

       Plaintiff,                 :

v.                                  :

DONALD ROBERSON, et al.,           :

       Defendants.                :
_____

FILED by _____ D.C.
JAN 27 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

O R D E R

THIS CAUSE is before the Court on defendant **Donald Roberson's** Motion for Return of Seized Property (DE 125), which was referred to United States Magistrate Judge, Lurana S. Snow. Therefore, it is hereby

ORDERED AND ADJUDGED that the Government shall respond to the motion, on or before January 31, 2003.

DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of January, 2003.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
Mr. Donald Roberson
  No. 55140-004
  FCI
  P. O. Box 7007
  Marianna, FL  32446