UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6015-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD ROBERSON, et al,

    Defendant.
_____/

NIGHT BOX FILED
JAN 29 2003
CLARENCE MADDOX
CLERK, USDC/SDFL/F.L

**UNITED STATES' MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO DEFENDANT'S
MOTION FOR RETURN OF SEIZED PROPERTY**

The United States files this motion seeking an enlargement of time until February 14, 2003, to file a response to Defendant's motion. In support, the United States submits that:

1. The undersigned Assistant United States Attorney (AUSA) is presently set for trial in United States v. Clinton Brown, 01-6229-CR-FERGUSON, on Thursday, January 30, 2003, which is expected to last 2 - 3 days, depending on the length of the defense case.

2. Defendant's motion was referred by the District Court to the Magistrate Court on January 23, 2003 and the undersigned AUSA received the Magistrate Court's January 27, 2003, on January 28, 2003, which Order gives the Government until January 31, 2003, to research the issues and respond to the defendant's motion.

3. Due to the above referenced jury trial the undersigned AUSA will be unable to obtain the 2 year old file, find and interview the lead Federal Bureau of Investigation agent, locate and copy the administrative forfeiture documents involved in this case, and write and file a response in the

NON-COMPLIANCE OF S.D. fla. L.R. 7.1.A.4

/28

time allowed.

WHEREFORE, the United States requests an enlargement of time until February 14, 2003, to file its response to Defendant's motion.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel:(954)356-7255; Fax:356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 29th day of January, 2003, to:

Mr. Donald Roberson
No. 55140-004
Federal Correction Institution
P.O. Box 7007
Marianna, FL 32446

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6015-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONALD ROBERSON, et al,

      Defendant.
_____/

**ORDER GRANTING UNITED STATES' MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION**

This matter is before the Court on the United States' motion for enlargement of time to respond to Defendant's motion for Return of Seized Property. The Court, after reviewing the motion, the Court file and being fully advised of the premises, it is

ORDERED and ADJUDGED that the United States' motion is GRANTED. The United States has until February 14, 2003, to file its response to Defendant's motion.

DONE and ORDERED in Fort Lauderdale, Florida this _____ day of January, 2003.

                                              HONORABLE LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Roger Powell

Mr. Donald Roberson
No. 55140-004
Federal Correction Institution
P.O. Box 7007
Marianna, FL 32446