UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6015-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD ROBERSON, et al,

    Defendant.
_____/



FILED by ___ D.C.
FEB - 4 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER GRANTING UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION

This matter is before the Court on the United States' motion for enlargement of time to respond to Defendant's motion for Return of Seized Property. The Court, after reviewing the motion, the Court file and being fully advised of the premises, it is

ORDERED and ADJUDGED that the United States' motion is GRANTED. The United States has until February 14, 2003, to file its response to Defendant's motion.

DONE and ORDERED in Fort Lauderdale, Florida this ___ day of January, 2003.

                                                  _____
                                                HONORABLE LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Roger Powell

Mr. Donald Roberson
No. 55140-004
Federal Correction Institution
P.O. Box 7007
Marianna, FL 32446