UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA

    Plaintiff,

v.

DONALD ROBERSON, et al.,

    Defendant.
_____/



**UNITED STATES' RESPONSE WITH MEMORANDUM OF LAW IN OPPOSITION
TO DONALD ROBERSON'S MOTION FOR RETURN OF SEIZED PROPERTY**

The United States files this response in opposition to Donald Roberson's ("defendant") motion for return of property. In support the United States submits that:

1. Given the lack of information in defendant's motion, the United States is unable to identify or guess what issues defendant is concerned with.

2. Nevertheless, the United States has found that Nineteen Thousand Dollars ($19,000.00) dollars were forfeited administratively by the Federal Bureau of Investigation in this matter. See Declarations of Forfeiture attached as Exhibits One and Two.

3. This Court only has jurisdiction to review administrative forfeitures for adequacy of notice, but may not review the merits. See <u>United States v. Eubanks</u>, 169 F.3d 672 (11th Cir. 1999)("it is inappropriate for a court to exercise equitable jurisdiction to review the merits of a forfeiture matter when the petitioner elected to forego the procedures for pursuing an adequate remedy at law;" because claimant received notice of the administrative forfeiture, the district court lacked jurisdiction to consider his Rule 41(e) motion for return of the forfeited property). See also

Toure v. United States, 24 F.3d 444 (2nd Cir. 1994)(Court's jurisdiction is limited to reviewing adequacy of the notice).

4.   The Nineteen Thousand Dollars ($19,000.00) were forfeited from defendant by the Federal Bureau of Investigation ("F.B.I.") after providing defendant with notice at FDC, his place of incarceration at the time. See February 8, 2000, notice of seizure letter from the FBI to defendant regarding the Ten Thousand Dollars ($10,000.00) in U.S. Currency seized on January 3, 2000, from the master bedroom in Apartment F, at 5802 N.W. 12th Street, Sunrise, Florida, and the certified mail receipts attached as Exhibit Three. See also February 9, 2000, notice of seizure letter from the FBI to defendant regarding Nine Thousand Dollars ($9,000.00) in U.S. currency seized on January 3, 2000, from the master bedroom at 1604 N.W. 11th Court, Fort Lauderdale, Florida, and the certified-mail receipt attached as Exhibit Four.

5.   It is undisputed that defendant received notice in this matter. The majority rule is that mailing notice to prison is adequate. Whiting v. United States, 231 F.3d 70 (1st Cir. 2000) (mailing notice to inmate's place of incarceration is sufficient; proof of personal service not necessary); United States v. Clark, 84 F.3d 378 (10th Cir. 1996) (same); and United States v. Real Property ....Lido Motel, 135 F.3d 1312 (9th Cir. 1998) (same). In Dusenberry v. United States, 122 S. Ct. 694 (2002), the Supreme Court held that due process is satisfied if the government sends notice of administrative forfeiture to the prison where the addressee is incarcerated and the prison has a procedure for ensuring that such mail is delivered to inmates. Proof that the prisoner received the notice is not required. Actual notice is not required. See Dusenberry, at page 701. The certified mail receipts attached show defendant received adequate notice under due process and governing case law. Because defendant failed to respond to the F.B.I. notices, he waived his remedy at law and

the $19,000.00 were forfeited administratively.

6. As the Government's attachments demonstrate, the Federal Bureau of Investigation seized $19,000, not the alleged $27,000 in United States currency. This was the amount of money turned over by the Fort Lauderdale Police Department, 1300 W. Broward Blvd., Fort Lauderdale, Florida, 33312, under case number 98-1785023, to the prosecuting authority, the Federal government. If the Defendant now alleges additional money was seized, his remedy lies as to those monies in State Court, not with this Court.

## CONCLUSION

Defendant's motion lacks merit and should be dismissed as to the forfeited $19,000.00. Defendant received notice and failed to pursue his remedy at law, the administrative forfeiture proceedings. Consequently, the Court lacks jurisdiction to review the merits of the Twenty Seven Thousand Dollars ($27,000.00) allegedly seized in his motion.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel:(954)356-7255; Fax:356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed via Federal Express this <u>14th</u> day of February, 2003, to:

    Mr. Donald Roberson
    No. 55140-004
    Federal Correction Institution
    P.O. Box 7007
    Marianna, FL 32446

                                          _____
                                          ROGER W. POWELL
                                          ASSISTANT U.S. ATTORNEY



**U.S. Department of Justice**

Federal Bureau of Investigation

*Washington, D.C. 20535*

## DECLARATION OF ADMINISTRATIVE FORFEITURE
-------------------------------------------

Seizure No.  3460-2000-F-0064
FBI Case No. 245F-MM-92025

On January 03, 2000, the property described below was taken into custody by the Federal Bureau of Investigation for civil forfeiture at FT. LAUDERDALE, FL, pursuant to Title 21, United States Code (U.S.C.), Section 881. The initial seizure of the property by the Federal Bureau of Investigation occurred on January 03, 2000, at FT. LAUDERDALE, FL. Notice of this action was sent to all known parties, by certified mail, who may have a legal or possessory interest in the property. Notice of this action was published once a week for three successive weeks in the NEW YORK TIMES, NEW YORK CITY, NY, in accordance with 19 U.S.C. Section 1607.

(Description of Property)

$9,000.00 IN U.S. CURRENCY

As of the date of execution of this form, a petition for remission or mitigation of forfeiture for this property has not been received. No claim was filed in a timely manner as required by law to contest this action, nor was any claim pursued which would otherwise require cessation of this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 19 U.S.C. Section 1609, free and clear of any liens and encumbrances, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court.

_____6/2/00_____          _____[signature]_____
Date                         Property Management Officer
                             Federal Bureau of Investigation
                             United States Department of Justice





**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D.C. 20535

DECLARATION OF ADMINISTRATIVE FORFEITURE
-----------------------------------------

```
                    Seizure No.  3460-2000-F-0063
                    FBI Case No. 245F-MM-92025
```

On January 03, 2000, the property described below was taken into custody by the Federal Bureau of Investigation for civil forfeiture at SUNRISE, FL, pursuant to Title 21, United States Code (U.S.C.), Section 881. The initial seizure of the property by the Federal Bureau of Investigation occurred on January 03, 2000, at SUNRISE, FL. Notice of this action was sent to all known parties, by certified mail, who may have a legal or possessory interest in the property. Notice of this action was published once a week for three successive weeks in the NEW YORK TIMES, NEW YORK CITY, NY, in accordance with 19 U.S.C. Section 1607.

(Description of Property)

$10,000.00 IN U.S. CURRENCY

As of the date of execution of this form, a petition for remission or mitigation of forfeiture for this property has not been received. No claim was filed in a timely manner as required by law to contest this action, nor was any claim pursued which would otherwise require cessation of this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 19 U.S.C. Section 1609, free and clear of any liens and encumbrances, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court.

```
   6/2/00                          [signature]
_____                _____
   Date                        Property Management Officer
                               Federal Bureau of Investigation
                               United States Department of Justice
```



February 8, 2000

CERTIFIED RETURN RECEIPT

MR. DONALD THOMAS ROBERSON
C/O FDC - MIAMI
P.O. BOX 019120
MIAMI, FL 33101   Re: 3460-2000-F-0063
INMATE NUMBER: 55140-004

Dear MR. ROBERSON:

On January 3, 2000, property was seized by the Federal Bureau of Investigation (FBI) at SUNRISE, FLORIDA for forfeiture for violation of THE CONTROLLED SUBSTANCES ACT. The property was appraised at $10,000 and is described as follows:

$10,000.00 IN U.S. CURRENCY LOCATED IN THE MASTER BEDROOM OF THE RESIDENCE.

This forfeiture is being conducted pursuant to Title 21, United States Code (U.S.C.), Section 881 and the following additional federal laws and regulations: 19 U.S.C., Sections 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 1316.71 - 1316.81.

You may contest the seizure and forfeiture of this property and/or petition to the FBI and request a pardon of the forfeited property.

To Contest the Forfeiture
---------------------------

If you want to contest the seizure or forfeiture of the property in court, you must file a claim of ownership and a bond in the amount of $1,000 with the FBI by March 27, 2000. The bond may be in cash or a cashier's check payable to the U.S. Department of Justice or provide a surety. The bond must equal $5,000 or 10 percent of the value of the claimed property, whichever is lower, but not less than $250. However, where there have been multiple seizures from the same person with the same statutory and legal justification, the aggregate bond is not to exceed a maximum of $5,000 for all properties specified in those notifications.





GOVERNMENT EXHIBIT 3

MR. DONALD THOMAS ROBERSON

If you are indigent (needy and poor), you may not have to post the bond. To request a waiver of the bond, you must fully disclose your finances in a signed statement called "Declaration in Support of Request to Proceed in Forma Pauperis." You can obtain this form from the FBI Field Office listed below. File the signed declaration and a claim of ownership of the property with the FBI by March 27, 2000.

### To Request a Pardon of the Property

If you want to request a pardon of the forfeited property, submit a petition for remission or mitigation of the forfeiture to the FBI Field Office identified below. The petition must include proof of your ownership interest in the property or proof that you were a victim of the offense underlying the pending forfeiture, or a related offense, and the facts and circumstances which you believe justify a return of the property, a return of your interest in the property, or a return of part of the property. For the regulations pertaining to remission or mitigation of the forfeiture see 28 C.F.R., Sections 9.1-9.9, dated January 3, 1997, effective February 3, 1997. The criteria for requesting remission of the forfeiture are found at 28 C.F.R., Sections 9.5(a). The criteria for requesting mitigation of the forfeiture are found at 9.5(b). You should file the petition within thirty (30) days following the receipt of this mailed notice of seizure.

### Where to Submit Correspondence

The seizure number 3460-2000-F-0063 has been assigned to this forfeiture action. Use this number to identify the property when submitting the claim, petition or other correspondence to the FBI.

MR. DONALD THOMAS ROBERSON

    Submit all documents to this FBI Field Division:

    MIAMI DIVISION
    16320 NW SECOND AVENUE
    MIAMI, FL 33169
    ATTENTION: FORFEITURE PARALEGAL SPECIALIST
    305-944-9101

                          Sincerely Yours,


                          Phillip L. Buvia
                          Unit Chief
                          Forfeiture and Seized Property Unit
                          Finance Division


NOTE: All telephone inquiries should be directed to the aforementioned FBI field division to the attention of the Forfeiture Paralegal Specialist.

TOTAL P.04

**SENDER:**
- Check box at right if you require restricted delivery.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- The Return Receipt will show to whom the article was delivered and the date delivered.

3. Article Addressed to:

MM 3460-00-F-0063
MR. DONALD THOMAS ROBERSON
C/O FDC-MIAMI
33 N.E. 4TH ST.
INMATE NUMBER: 55140-004
MIAMI, FL 33130

4a. Article Number

P 972 007 499

4b. Service Type ☒ CERTIFIED

7. Date of Delivery  2/15/00

I also wish to receive the following services (for an extra
☐ Restricted Delivery
Consult postmaster for fee.

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address

PS Form 3811, December 1994            Domestic Return Receipt

DM: 02/09/00  /  01  /  FSPU

---

**SENDER:**
- Check box at right if you require restricted delivery.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- The Return Receipt will show to whom the article was delivered and the date delivered.

3. Article Addressed to:

MM 3460-00-F-0063
MR. DONALD THOMAS ROBERSON
C/O FDC-MIAMI
P.O. BOX 019120
INMATE NUMBER: 55140-004
MIAMI, FL 33101

4a. Article Number

P 972 007 499

4b. Service Type ☒ CERTIFIED

7. Date of Delivery

I also wish to receive the following services (for an extra
☐ Restricted Delivery
Consult postmaster for fee.

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address

PS Form 3811, December 1994            Domestic Return Receipt

DM: 02/09/00  /  01  /  FSPU

February 9, 2000

CERTIFIED RETURN RECEIPT

MR. DONALD THOMAS ROBERSON
C/O FDC - MIAMI
33 NE 4TH STREET
MIAMI, FL  33130   Re: 3460-2000-F-0064
INMATE NUMBER: 55140-004

delivered 2/18/00

Dear MR. ROBERSON:

On January 3, 2000, property was seized by the Federal Bureau of Investigation (FBI) at FT. LAUDERDALE, FLORIDA for forfeiture for violation of THE CONTROLLED SUBSTANCES ACT. The property was appraised at $9,000 and is described as follows:

$9,000.00 IN U.S. CURRENCY LOCATED IN THE MASTER BEDROOM OF THE RESIDENCE AT 1604 NW 11TH COURT, FT. LAUDERDALE, FL.

This forfeiture is being conducted pursuant to Title 21, United States Code (U.S.C.), Section 881 and the following additional federal laws and regulations: 19 U.S.C., Sections 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 1316.71 - 1316.81.

You may contest the seizure and forfeiture of this property and/or petition to the FBI and request a pardon of the forfeited property.

To Contest the Forfeiture
--------------------------

If you want to contest the seizure or forfeiture of the property in court, you must file a claim of ownership and a bond in the amount of $900 with the FBI by March 27, 2000. The bond may be in cash or a cashier's check payable to the U.S. Department of Justice or provide a surety. The bond must equal $5,000 or 10 percent of the value of the claimed property, whichever is lower, but not less than $250. However, where there have been multiple seizures from the same person with the same statutory and legal justification, the aggregate bond is not to exceed a maximum of $5,000 for all properties specified in those notifications.



you are indigent (needy and poor), you may not have to post the bond. To request a waiver of the bond, you must fully disclose your finances in a signed statement called "Declaration in Support of Request to Proceed in Forma Pauperis." You can obtain this form from the FBI Field Office listed below. File the signed declaration and a claim of ownership of the property with the FBI by March 27, 2000.

### To Request a Pardon of the Property

If you want to request a pardon of the forfeited property, submit a petition for remission or mitigation of the forfeiture to the FBI Field Office identified below. The petition must include proof of your ownership interest in the property or proof that you were a victim of the offense underlying the pending forfeiture, or a related offense, and the facts and circumstances which you believe justify a return of the property, a return of your interest in the property, or a return of part of the property. For the regulations pertaining to remission or mitigation of the forfeiture see 28 C.F.R., Sections 9.1-9.9, dated January 3, 1997, effective February 3, 1997. The criteria for requesting remission of the forfeiture are found at 28 C.F.R., Sections 9.5(a). The criteria for requesting mitigation of the forfeiture are found at 9.5(b). You should file the petition within thirty (30) days following the receipt of this mailed notice of seizure.

### Where to Submit Correspondence

The seizure number 3460-2000-F-0064 has been assigned to this forfeiture action. Use this number to identify the property when submitting the claim, petition or other correspondence to the FBI.

documents to this FBI Field Division:

MIAMI DIVISION
16320 NW SECOND AVENUE
MIAMI, FL 33169
ATTENTION: FORFEITURE PARALEGAL SPECIALIST
305-944-9101

          Sincerely Yours,


          Phillip L. Buvia
          Unit Chief
          Forfeiture and Seized Property Unit
          Finance Division


NOTE:   All telephone inquiries should be directed to the aforementioned FBI field division to the attention of the Forfeiture Paralegal Specialist.

I also wish to receive the following services (for an extra

☐ Restricted Delivery

Consult postmaster for fee

The Return Receipt will show to whom the article was delivered and the date delivered.

3. Article Addressed to:

MM-3460-00-F-0064
MR. DONALD THOMAS ROBERSON
C/O FDC-MIAMI
33 N.E. 4TH ST.
INMATE NUMBER: 55140-004
MIAMI, FL 33130

4a. Article Number

P 972 007 645

4b. Service Type ☒ CERTIFIED

7. Date of Delivery

18 FEB 2000

5. Received By: (Print Name)

8. Addressee's Address

6. Signature: (Addressee or Agent)

X

PS Form 3811, December 1994

Domestic Return Re

DM: 02/10/00 / 01 / FSPU

CH