UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA,  :

       Plaintiff,  :

v.  :

DONALD ROBERSON, et al.,  :

       Defendants.  :

FILED by _____ D.C.
FEB 24 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER

THIS CAUSE is before the Court on defendant **Donald Roberson's** Motion for Return of Seized Property (DE 125), which was referred to United States Magistrate Judge, Lurana S. Snow. Therefore, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED. As set forth in the Government's response, the property has been administratively forfeited in accordance with federal law.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of January, 2003.

                                              _/s/ Lurana S. Snow_
                                              LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
Mr. Donald Roberson
  No. 55140-004
  FCI
  P. O. Box 7007
  Marianna, FL 32446

# NOTICE TO ATTORNEYS AND LITIGANTS

Please be advised that Judge Marra's chambers has fully implemented and is utilizing the faxback program. The clerk's office scans each document and sends the document via telefax to all parties listed on the Court docket that have supplied the court with their fax number. In the event a party does not have a fax machine, the document is sent via U.S. Mail. If you have a fax machine but have not been receiving your orders via telefax, please complete the enclosed application and return it via fax or U.S. Mail to the Clerk's office. The faxback program alleviates the need to submit self-addressed postage paid envelopes. **Accordingly, until further notice, please submit the original motion, plus one copy with one copy of the order attached to the copy of the motion. The order must include a complete service list with the names and addresses of all parties. Thank you for your cooperation in this matter.**