FILING FEE
PAID _No_
In Forma Pauperis _No_
Clarence Maddox, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| DONALD ROBERSON | X | CASE NO: 00-6015-CR-ZLOCH/SNOW |
| DEFENDANT | X | |
| V. | X | |
| UNITED STATES OF AMERICA | X | |

FILED BY 2003 MAR 10 AM 1:39 CLARENCE MADDOX CLERK U.S. DIST. S.D. OF FLA.-FTL

## NOTICE OF APPEAL

Notice is hereby given that DONALD ROBERSON, Pro-Se, will appeal the order and Judgement of this Court filed January 14, 2003, therein denying his motion for return of seized property, to the United States Court of America for the Eleventh Circuit.

Date, __4__ March of 2003.

RESPECTFULLY SUBMITTED

DONALD ROBERSON
REG. NO: 55140-004
FEDERAL CORRECTION INST.
P.O.BOX 7007
MARIANNA, FLORIDA 32447-7007

## CERTIFICATE OF SERVICE

I the undersigned certify that I have on this __4__ Day of March 2003. Served a true and correct copy of the foregoing notice of Appeal upon the Government by dropping same in the mail, proper postage affixed thereto and addressed to United States Asst. Attorney's office, ROGER W. POWELL 500 E. Broward Blvd, Suite 700, FORT LAUDERDALE, FLORIDA 33394.

_Donald T. Roberson_
DONALD ROBERSON