

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

April 28, 2003

RE: 03-11310-BB    USA v. Donald T. Roberson
DC DKT NO.: 00-06015 CR-WJZ

TO:   Clarence Maddox

CC:   Donald T. Roberson (55140-004)

CC:   Anne R. Schultz

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

April 28, 2003

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 03-11310-BB     USA v. Donald T. Roberson
DC DKT NO.: 00-06015 CR-WJZ

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on <u>April 23, 2003</u>.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Roxanne Green (404) 335-6171

Encl.

DIS-2CIV (3-2003)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 03-11310-BB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD T. ROBERSON,

Defendant-Appellant.

Appeal from the United States District Court for the

Southern District Of Florida

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because appellant has failed to file an appellant's brief within the time fixed by the rules, effective this 28th day of April, 2003.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Roxanne Green
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40