UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.: 00-6015-CR-ZLOCH

    Plaintiff,

vs.

DONALD ROBERSON

    Defendant.
_____/

## NOTICE OF APPEARANCE

The undersigned attorney of the offices of Entin, Margules and Della Fera, P.A. hereby notices his appearance as counsel for Defendant Donald Roberson. Please direct all further pleadings and correspondence in this matter to the undersigned.

ENTIN, MARGULES & DELLA FERA, P.A.
Auto Nation Tower, Suite 1970
110 Southeast Sixth Street
Fort Lauderdale, Florida 33301
Telephone:    (954) 761-7201
Facsimile:    (954) 767-8343

By: _____
    RICHARD F. DELLA FERA
    Fla. Bar No.: 066710

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 4th day of August, 2003 to: Roger Powell, Esquire, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700 Fort Lauderdale, Florida 33301.