UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          **O R D E R**

DONALD T. ROBERSON,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Donald T. Roberson's Motion For Leave To Amend 18 U.S.C. § 3582 Motion To Vacate, Set Aside Or Correct Sentence (DE 138).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that on April 17, 2000, Defendant plead guilty to participating in a conspiracy to possess cocaine with the intent to distribute the same in violation of 21 U.S.C. § 846.  See DE 58.  On January 11, 2001, the Court entered a Judgment And Committal Order (DE 90) sentencing Defendant to 240 months imprisonment.  Defendant filed an appeal of his sentence, and on December 17, 2001, the United States Court of Appeals for the Eleventh Circuit affirmed the same.  See DE 124.  Defendant files the instant Motion (DE 138) asking the Court to vacate, set-aside or correct his sentence based on the decisions of the United States Supreme Court in Blakely v. Washington, 542 U.S. 296, 124 S. Ct. 2531 (2004) and United States v. Booker, 125 S.Ct. 738 (January 12, 2005).

    The Court begins by noting that Blakely "express[ed] no opinion" on



sentences imposed under the United States Sentencing Guidelines, 124 S. Ct. at 2538, but that certain of the principles announced therein were made applicable to the Federal Guidelines in <u>Booker</u>. The Court further notes, however, that the principles announced in <u>Booker</u> were intended by the Supreme Court to be applied only to those cases on direct review. See <u>Booker</u>, 125 S.Ct. 738, 769 (January 12, 2005) ("[W]e must apply today's holdings . . . to all cases on direct review."). Since Defendant's case is no longer on direct review, <u>Booker</u> has no bearing on the consideration of his sentence.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Donald T. Roberson's Motion For Leave To Amend 18 U.S.C. § 3582 Motion To Vacate, Set Aside Or Correct Sentence (DE 138) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of July, 2005.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished to:

Roger Powell, Esq., AUSA
For Plaintiff

Donald T. Roberson, Pro Se
Federal Correctional Institution
Gilmer
P.O. Box 6000
Glenville, West Virginia 26351