UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                    **O R D E R**

DONALD ROBERSON,

      Defendant.

_____/

THIS MATTER is before the Court upon Defendant Donald Roberson's Motion For Re-Sentence And/Or Sentence Reduction (DE 144). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Defendant pled guilty (DE 58) to Count I of an eight-count Indictment, which charged him with conspiring to possess with intent to distribute cocaine and cocaine base. In preparing Defendant's Presentence Investigation Report, the United States Probation Office recommended a two-level increase because a gun was possessed in connection with this controlled substances offense. See Revised Presentence Investigation Report, ¶ 35. However, at sentencing the Court found that Apprendi v. New Jersey, 530 U.S. 466 (2000), precluded application of this enhancement. Accordingly, the statutory penalty range was reduced to 0 to 20 years. Though the Guideline range would have been calculated at 292-365 months, the statutory limit was 240 months, which Defendant received.

In March of 2008, a reduction in the advisory guidelines range took effect for offenses involving cocaine base. By operation of

this guidelines amendment, Defendant's advisory guidelines range has been reduced to 235-293 months. The statutory maximum truncates the guidelines range to 235-240 months. Having calculated the new guidelines range and considering all factors, the Court would still impose a sentence of 240 months as to Count I of the Indictment.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Donald Roberson's Motion For Re-Sentence And/Or Sentence Reduction (DE 144) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __28th__ day of July, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

Donald T. Roberson, pro se
Reg. No. 55140-004
FCC Coleman
P.O. Box 1031
Coleman, FL 33521-1031

2